**SHAPIRO & SUTHERLAND, LLC**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
S&S No. 18-123522

Honorable Christopher M Alston
Chapter 13
Hearing Location: Seattle, WA
Hearing Date: August 16, 2018
Hearing Time: 09:30 AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Jason L Woehler<br><br>Debtor. | **Case No. 18-12299-CMA**<br><br>**CHAPTER 13 BANKRUPTCY**<br><br>**OBJECTION TO CONFIRMATION OF PLAN** |

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns ("Creditor"), by and through its attorney, Cara Richter, and hereby objects to Jason L Woehler's ("Debtor") proposed Chapter 13 Plan (the "Plan") filed June 25, 2018.

## BACKGROUND

On or about May 14, 2009, Jason L Woehler made, executed and delivered a Note ("Note") in favor of Golf Savings Bank, a Washington Stock Savings Bank in the original principal amount of $353,479.00. Creditor is the holder of the original Note endorsed in blank. This Note was secured by a Deed of Trust encumbering real property commonly described as 1920-A E. Spruce St, Seattle, WA 98122. ("Property").

1 – OBJECTION TO CONFIRMATION OF PLAN

As established by the Proof of Claim filed with the Court, the amount necessary to fully pay off Creditor's lien is over $291,142.64 and the pre-petition arrears are approximately $945.89. The pre-petition arrears consist primarily of an escrow shortage.

**AUTHORITY AND ARGUMENT**

Creditor objects to confirmation of the Plan because the Plan does not provide for cure of the pre-petition arrearage owing to Creditor. As stated above, the pre-petition arrearages are $945.89. Pursuant to 11 U.S.C. § 1322(b)(5), the plan must provide for the curing of any default within a reasonable period of time. Since the Plan fails to cure the arrearage, the Plan does not meet the requirements of 11 U.S.C. § 1322(b)(5).

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns, respectfully requests an Order denying Confirmation of the Debtor's proposed Plan.

Dated this 27th day of June, 2018.

/s/ Cara Richter
Cara J. Richter
WSBA # 47723
Attorney for Creditor

2 – OBJECTION TO CONFIRMATION OF PLAN

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

**SHAPIRO & SUTHERLAND, LLC**  Honorable Christopher M Alston
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
S&S No. 18-123522

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Jason L Woehler

Debtor(s)

**Case No. 18-12299-CMA**

**CERTIFICATE OF MAILING**

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Objection to Confirmation of Plan, postage pre-paid, regular first class mail, on the 27th day of June, 2018, to the parties listed below.

DATED this 27th day of June, 2018.

/s/ Milena Rentschler
Milena Rentschler
Legal Assistant to Cara Richter


Jason L Woehler
1920-A E. Spruce St
Seattle, WA 98122

1 – CERTIFICATE OF MAILING

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

| | |
|---|---|
| 1 | James E. Dickmeyer |
| 2 | 121 Third Avenue<br>PO Box 908 |
| 3 | Kirkland, WA 98083 |
| 4 | K Michael Fitzgerald<br>600 University St #1300 |
| 5 | Seattle, WA 98101 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 2 – CERTIFICATE OF MAILING |

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253