**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE

JASON L. WOEHLER,

          Debtor.

Case No. 18-12299-CMA

ORDER ON STIPULATION FOR RELIEF FROM STAY

THIS MATTER came before the Court upon the stipulation of the Debtor, Creditor Russell Brandt to modify the automatic stay for the limited purpose of allowing Brandt to fix his claim for damages relating to the Western District Action of *Russell Brandt v. Columbia Credit Services, Inc., et al,* No. 2:17-cv-703-RSM ("Stipulation"). The Court having reviewed the Stipulation and the attached exhibits and the Trustee's statement of no objection finds that good cause exists to grant the Stipulation to modify the automatic stay, it is therefore

ORDERED that pursuant to the stipulation of the parties, the trial on damages and attorneys' fees and costs in the Western District Action of *Russell Brandt v. Columbia Credit*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 1

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
PH (206) 486-1176 F (206) 458-6028

Case 18-12299-CMA    Doc 21    Filed 07/05/18    Ent. 07/05/18 15:10:44    Pg. 1 of 3

**Below is the Order of the Court.**

*Services, Inc., et al,* No. 2:17-cv-703-RSM can proceed with relief from stay for the limited purpose of fixing Brandt's damages claim in this matter. Per the parties' stipulation, this order goes into effect 21 days after entry, but no later than July 18, 2018.

/// End of Order ///

Presented By:

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com


S//Samuel Leonard
SAMUEL LEONARD (WSBA #46498)
Leonard Law
1001 4th Ave. #3200
Seattle, WA 98154
Ph. 206.486.1176
Fx. 206.458.6028
sam@seattledebtdefense.com

*Attorneys for Plaintiff*


 /s/ James Dickmeyer
JAMES E. DICKMEYER (WSBA #14318)
Law Office of James E. Dickmeyer PC
121 Third Avenue
PO Box 908
Kirkland, WA 98093-0908
Ph. (425) 889-2324
jim@jdlaw.net

*Attorney for Debtor*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 2

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028

Case 18-12299-CMA    Doc 21    Filed 07/05/18    Ent. 07/05/18 15:10:44    Pg. 2 of 3

**Below is the Order of the Court.**

*No Objection:*

_____
JASON WILSON-AGUILAR (WSBA #3352)
Attorney for K. MICHAEL FITZGERALD (WSBA #8115)
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
Ph. (206) 624-5124
Fx. (206) 624-5282

*Trustee*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 3

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028