Judge Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

JASON L WOEHLER,

Debtor.

Case No. 18-12299 - CMA

NOTICE OF APPEARANCE

TO: DEBTOR; and

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Sarah R. Flynn, Attorney for the United States Trustee, hereby enters her appearance on behalf of the United States Trustee for Region 18.

Dated: July 23, 2018.

Respectfully submitted,

Gregory M. Garvin
Acting United States Trustee for Region 18

/s/ *Sarah R. Flynn*
Sarah R. Flynn, NCBA #42829
Attorney for the United States Trustee

NOTICE OF APPEARANCE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)