Judge: Christopher M. Alston
Chapter: 13
Hearing Date: September 06, 2018
Hearing Time: 9:30 a.m.
Hearing Location:
    Judge Alston's Courtroom
    700 Stewart St #7206
    Seattle, WA 98101
Response Date: August 30, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JASON L WOEHLER,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-12299-CMA

MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7 CASE

    K. Michael Fitzgerald, Chapter 13 Trustee, moves to convert the debtor's Chapter 13 case to a Chapter 7 case:

    The debtor's case was filed on June 8, 2018 (ECF No. 1). The debtor disclosed an ownership interest in real property located at 1920 A-E. Spruce Street, Seattle, WA 98122. The debtor's plan (ECF No. 16) provides for a liquidation value of $133,750.00. Based on the non-exempt equity in the real estate disclosed on Schedule A/B, there appears to be sufficient equity to pay unsecured creditors.

    The Court may convert this case to a Chapter 7 case or dismiss this case, whichever is in the best interests of creditors and the estate, for cause. 11 U.S.C. § 1307(c). This case should be converted to Chapter 7 so that a Chapter 7 trustee can review the case and promptly liquidate any non-exempt assets for the benefit of creditors. Creditors should not be prejudiced by the delay that would result if this case remains a Chapter 13 case.

    WHEREFORE, the Chapter 13 Trustee requests that the Court convert the debtor's Chapter 13 case to a Chapter 7 case and order the debtor to pay the conversion fee (if any).

MOTION TO CONVERT - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 18-12299-CMA   Doc 34   Filed 08/07/18   Ent. 08/07/18 15:01:09   Pg. 1 of 2

Dated this 7th day of August, 2018

                                       */s/ Lisa S. Tse*, WSBA #43689 for
                                       K. MICHAEL FITZGERALD
                                       Chapter 13 Trustee

MOTION TO CONVERT - 2                               Chapter 13 Trustee
                                                       600 University St. #1300
                                                       Seattle, WA 98101
                                                    (206) 624-5124 FAX 624-5282
Case 18-12299-CMA    Doc 34    Filed 08/07/18    Ent. 08/07/18 15:01:09    Pg. 2 of 2