**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| IN RE<br><br>JASON L. WOEHLER,<br><br>Debtor. | Case No. 18-12299-CMA<br><br>RESPONSE TO DEBTOR'S REQUEST FOR ESTIMATION OF CLAIMS |

Comes now creditor Russell Brandt ("Brandt") and responds to Debtor's Motion for Estimation of Claims as follows:

## I.  REQUEST FOR JUDICIAL NOTICE

Attached hereto are court records on file in the matter of *Russell Brandt v. Columbia Credit Services, Inc., et al,* No. 2:17-cv-703-RSM ("2:17-cv-703-RSM") including a minute entry from the District Court regarding the jury verdict and remaining issues. Brandt requests the Court take judicial notice of these documents as their accuracy cannot reasonably be disputed and they are readily available from a public source, ECF.

## II.  RESPONSE

Creditor Russell Brandt's claim filed in this matter relates to his collection abuse claims under the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.) and Washington's Consumer Protection Act (RCW 19.86 et seq.) brought in 2:17-cv-703-RSM. This Court granted relief from stay so that that action could proceed to trial. Trial was held on September

RESPONSE TO DEBTOR'S REQUEST FOR
ESTIMATION OF CLAIMS
(18-12299-CMA) - 1

**Leonard Law**
1001 4TH AVE, SUITE 3200
Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028

Case 18-12299-CMA    Doc 60    Filed 09/20/18    Ent. 09/20/18 18:52:35    Pg. 1 of 2

17th and 18th. The jury returned a verdict in favor of Mr. Brant in the amount of $161,752.00, exclusive of attorneys' fees, statutory damages of $1,000.00 under the FDCPA and trebling of economic damages up to $25,000.00 under the WCPA. *See* Exhibit 1 attached. Brandt will be submitting a motion for fees and expect an order of the remaining damages shortly. Brandt's damages will far exceed Debtor's estimate of $100,000.00.

Brandt requests that the Court deny Debtor's request to estimate damages at this time and wait for an order from Chief Judge Ricardo Martinez to properly establish the amount of Brandt's claim. Should this Court wish to estimate Brandt's claim for the purpose of evaluating Debtor's plan, Brandt request that his claim be estimated at no less than $375,000.00 inclusive of all allowable fees, costs and awards.

Respectfully Submitted this 20th day of September, 2018.

    S//Samuel Leonard
    SAMUEL LEONARD (WSBA #46498)
    Leonard Law
    1001 4th Ave. #3200
    Seattle, WA 98154
    Ph. 206.486.1176
    Fx. 206.458.6028
    sam@seattledebtdefense.com

    S//SaraEllen Hutchison
    SARAELLEN HUTCHISON (WSBA #36137)
    Law Office of SaraEllen Hutchison, PLLC
    2367 Tacoma Avenue South
    Tacoma, WA 98402
    Telephone: (206) 529-5195
    Facsimile: (253) 302-8486
    Email: saraellen@saraellenhutchison.com

    *Attorneys for Creditor Russell Brandt*

RESPONSE TO DEBTOR'S REQUEST FOR ESTIMATION OF CLAIMS (18-12299-CMA) - 2

**Leonard Law**
1001 4TH AVE, SUITE 3200
Seattle, WA 98154
Ph. (206) 486-1176 F. (206) 458-6028

Case 18-12299-CMA    Doc 60    Filed 09/20/18    Ent. 09/20/18 18:52:35    Pg. 2 of 2