Form misstate (11/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
Jason L Woehler

Debtor(s).

Case Number: 18−12299−CMA
Chapter: 7

## NOTICE RE: REPORT OF DEBTOR(s) AUDIT

In accordance with 28 U.S.C. § 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor(s) in this case.

NOTICE IS HEREBY GIVEN that the audit firm has reported one or more material misstatements concerning the debtor's income, expenses and/or assets. The Report of Debtor(s) Audit has been filed with the Court and is available for review by parties in interest.

Dated: October 23, 2018

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court