Entered on Docket October 23, 2018

**Submitted But not Entered.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: Trustee must provide further explanation for why the real estate broker should receive compensation if he is unable to find a buyer.**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 18-12299 |
| JASON L. WOEHLER | ) | |
| | ) | |
| | ) | EX PARTE ORDER TO RETAIN |
| Debtors | ) | REAL ESTATE AGENTS/CONSULTANT |

THIS MATTER having come on pursuant to the Trustee's Application to Retain Real Estate Agent, no notice or hearing being required, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to retain Rik Jones of ReMax Northwest as her real estate agent. The employment shall be on a commission fee basis of 6% of gross sales of real property; or, for consulting services at a rate of $175.00 per hour. Payment of any commissions shall be subject to further order of this Court. The Trustee is authorized to pay fees for consulting services up to $500.00.

///END OF ORDER///

Presented by:

*/s/ Nancy L. James*
_____
Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541
Order To Retain Real Estate Agent