1
2
3
4
5
6
7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

8

In re

No. 18-12299 - CMA

9

JASON L WOEHLER,

10

NOTICE OF SUBSTITUTE
APPEARANCE AND WITHDRAWAL
OF REPRESENTATION

11

Debtor.

12

TO:    DEBTORS, COUNSEL FOR THE DEBTORS, and CLERK OF THE COURT:

13

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Hilary Bramwell

14

Mohr, hereby substitutes and enters her appearance on behalf of the United States Trustee for

15

Region 18.

16

PLEASE TAKE FURTHER NOTICE that Sarah R. Flynn hereby withdraws from

17

representation of the United States Trustee.

18

DATED this 25th day of October, 2018.

19
20

Respectfully submitted,

21

GREGORY M. GARVIN
Acting United States Trustee for Region 18

22
23

/s/ Hilary Bramwell Mohr
Hilary Bramwell Mohr, WSBA #40005
Attorney for the United States Trustee

24
25

/s/ Sarah R. Flynn
Sarah R. Flynn, NCBA #42829
Attorney for United States Trustee

26
27
28

NOTICE OF SUBSTITUTE
APPEARANCE AND WITHDRAWAL
OF REPRESENTATION

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)