Judge: Christopher M. Alston
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In Re:

JASON L. WOEHLER,

                              Debtor

Case No:      18-12299

DECLARATION RE POST-CONVERSION SCHEDULES

JASON L. WOEHLER hereby states under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am the debtor herein and make this declaration of my own knowledge pursuant to LBR 1007-1(b). Schedules C, D, G, H and J in Official Form B106 as last filed were substantially unchanged as of the conversion date with the following possible exceptions:

(1)      The Charles Schwab IRA account balance was $1468, not $3000 as originally listed;

(2)      The filed post-conversion schedules do not include $12,068 of post-petition wages paid by the debtor's employer after the petition date to the Chapter 13 trustee and on hand with the Chapter 13 trustee as of the conversion date. These funds, which were paid to the debtor by the Chapter 13 trustee after the conversion date, are not property of the estate.

 10-29-18    Redmond WA                              /s/ Jason L. Woehler
  Date and Place Signed                              Jason L. Woehler

**JAMES E. DICKMEYER, PC**
121 Third Avenue  PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

Declaration - 1