**Submitted But not Entered.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**ORDER NOT ENTERED: Trustee has not adequately explained the basis for the requested relief. Trustee shall note the matter for hearing.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 18-12299 |
| JASON L. WOEHLER | ) | |
| | ) | |
| | ) | EX PARTE ORDER TO RETAIN |
| Debtors | ) | REAL ESTATE AGENTS/CONSULTANT |

THIS MATTER having come on pursuant to the Trustee's Application to Retain Real

Estate Agent, no notice or hearing being required, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to retain Rik Jones of

ReMax Northwest as her real estate agent/consultant. As real estate agent, Mr. Jones shall be paid a

commission of 6% of gross sales on the sale of real property through the NW Multiple Listing Service.

In the event the real property is sold other than through the NW Multiple Listing Service, Mr. Jones may

be paid as a consultant at the rate of $175.00 per hour. Payment of any commissions shall be subject to

further order of this Court. The Trustee is authorized to pay fees for consulting services up to $500.00

//

//

//

Order To Retain Real Estate Agent

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

**Submitted But not Entered.**

1    without further order of this Court.

2                        ///END OF ORDER///

3    Presented by:

4     */s/ Nancy L. James*
     _____
5    Nancy L. James, Trustee
     15008 – 63rd Drive SE
6    Snohomish, WA  98296
     (425) 485-5541
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order To Retain Real Estate Agent