Honorable Christopher M. Alston

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE: ) Chapter 7
) Case No. 18-12299
JASON L. WOEHLER )
) TRUSTEE'S OBJECTION TO
) CLAIMED EXEMPTIONS
Debtor )

COMES NOW the Trustee, Nancy L. James, and objects to the Debtors' claim of exemptions in all property listed on their Scheduled C as follows:

1. Debtor claims exemptions in "sculpture, 4 paintings" in the amount of $3,000 and claims an additional $500 exemption in cash pursuant to RCW 6.15.010(1)(c)(ii). Such exemption is limited to a total or $3,000 and, therefore, the Trustee objects to all amounts in excess of $3,000.

2. Debtor claims exemptions in "misc furniture, furnishings, appliances, decorative items" and "sculpture, 4 paintings" in the total amount of $5,750 pursuant to RCW 6.15.010(1)(c)(i). Such exemption has a limit of $750 for any single item. To the extent any single item exceeds $750 in value, the Trustee objects to such exemption.

Trustee's Objection to Claimed Exemptions - 1

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

Case 18-12299-CMA    Doc 97    Filed 11/27/18    Ent. 11/27/18 12:38:23    Pg. 1 of 2

3. To the extent that the Debtors are attempting to claim an exemption in excess of the value permitted by federal or state law, the Trustee objects to the assertion of such an exemption;

4. To the extent that the Debtors are attempting to claim an exemption for property for which no exemption is permitted under federal or state law, the Trustee objects to the assertion of such an exemption;

5. To the extent that the Debtors do not describe an asset or other item of property for which an exemption is claimed, with particularity, the Trustee objects to the assertion of such an exemption;

6. To the extent that the actual value of an asset exceeds the valuation of the asset by the Debtors, the Trustee objects to the claim of any exemption; and,

7. To the extent that the Debtors have failed to cooperate with the Trustee regarding the investigation of their financial affairs and/or concealed any property, the Trustee objects to any claims of exemptions by Debtors.

The Trustee is objecting, in part, to preserve her rights to object pending receipt of more information about the Debtors' assets. She is also objecting in part to preserve any equity the estate may have in property that is subject to the Debtors' exemption. The Trustee reserves the right to assert any other basis for her objection or otherwise amend this objection as she may determine to be appropriate at a later date.

DATED: November 27, 2018

*/s/ Nancy L. James*

_____

Nancy L. James
Trustee

Trustee's Objection to Claimed Exemptions - 2