**Honorable Christopher M. Alston**
Chapter 7
Hearing Date: ex parte

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| IN RE: ) | | Chapter 7 |
| ) | | Case No. 18-12299 |
| JASON L. WOEHLER ) | | |
| ) | | DECLARATION OF |
| ) | | NO OBJECTION |
| Debtor ) | | |

Nancy L. James, under penalty of perjury, declares as follows:

1. I am the Trustee in these proceedings.

2. On November 27, 2018 I forwarded to the Office of the U.S. Trustee, via e-mail, a copy of my Application to Retain Attorney.

3. I have been advised by the Office of the U.S. Trustee that they have no objection to the employment of counsel.

WHEREFORE, I desire that the Order to Retain Attorney be entered in this matter.

DATED this 3rd day of December, 2018.

*/s/ Nancy L. James*
_____
Nancy L. James
Trustee

Declaration of No Objection

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541