1                                                       Honorable Christopher M. Alston
December 7, 2018; 9:30 a.m.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>JASON L. WOEHLER,<br><br>                Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Bankruptcy No. 18-12299<br><br>TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE FOR FAILURE TO FILE POST-CONVERSION SCHEDULES |
|---|---|---|

     COMES NOW the duly appointed trustee, Nancy James, through counsel, The Livesey Law Firm, and Rory C. Livesey, and files this response to the court's Order to Show Cause for Failure to File Post-Conversion Schedules.

     The trustee does not believe the case should be dismissed. There are assets available for the creditors. After conversion the debtor filed amended Schedules A and B (Docket 81). He also filed a Means Test Calculation (Docket 82). The debtor has filed a declaration pursuant to LBR 1007-1(b) (Docket 90), stating that at the time of conversion the debtor's schedules were substantially unchanged from the date of filing. The debtor has also appeared at a creditors' meeting and provided testimony to the trustee.

     RESPECTFULLY SUBMITTED this 5th day of December, 2018.

                                            THE LIVESEY LAW FIRM

                                                     /S/ *Rory C. Livesey*
                                            Rory C. Livesey, WSBA #17601
                                            Attorney for Trustee

**TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE FOR FAILURE TO FILE POST-CONVERSION SCHEDULES**
181205bRes  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 112    Filed 12/05/18    Ent. 12/05/18 15:39:15    Pg. 1 of 1