**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | Case No. 18-12299-CMA |
|---|---|
| JASON L WOEHLER, | EX PARTE ORDER DIRECTING (1) B.R. 2004 EXAMINATION OF THE DEBTORS AND (2) PRODUCTION OF DOCUMENTS |
| Debtor. | |

The Court has considered the ex parte application of the United States Trustee for an order directing the Debtor to appear for examination under oath and to produce certain documents (the "Application"). Good cause appearing to grant the Application,

IT IS HEREBY ORDERED THAT:

A.   The Application is granted;

B.   The Debtor shall appear for examination under oath and produce documents, pursuant to any subpoena issued herein pursuant to Rules 2004(c) and 9016 of the Federal Rules of Bankruptcy Procedure; and

C.   The Debtor shall be given no fewer than 10-days notice of any examination.

/// END OF ORDER ///

//

//

EX PARTE ORDER DIRECTING (1) B.R. 2004
EXAMINATION AND (2) PRODUCTION
OF DOCUMENTS - 1

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA    Doc 115    Filed 12/06/18    Ent. 12/06/18 11:55:31    Pg. 1 of 2

Presented By:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA #40005
Attorney for the United States Trustee

EX PARTE ORDER DIRECTING (1) B.R. 2004
EXAMINATION AND (2) PRODUCTION
OF DOCUMENTS - 2

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA    Doc 115    Filed 12/06/18    Ent. 12/06/18 11:55:31    Pg. 2 of 2