Entered on Docket December 21, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JASON L. WOEHLER,<br><br>　　　　　　　　　Debtor. | Case No. 18-12299-CMA<br><br>*EX PARTE* ORDER GRANTING STIPULATED MOTION EXTENDING TIME TO OBJECT TO DISCHARGE OR MOVE TO DISMISS |

THIS MATTER came before the Court on the Stipulated Motion of the United States Trustee and the debtor, Jason L. Woehler ("Debtor"), to extend the deadline for any objections to the Debtor's discharge for the United States Trustee and chapter 7 trustee only.

The Court, having considered the Stipulated Motion, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline for the United States Trustee or the chapter 7 trustee to file an objection to the Debtor's discharge under section 727 or a motion to dismiss under section 707(b)(3) is hereby extended to and through January 11, 2019.

/// END OF ORDER ///

//
//
//

*EX PARTE* ORDER GRANTING
STIPULATED MOTION EXTENDING
TIME TO OBJECT TO DISCHARGE
OR MOVE TO DISMISS - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA    Doc 119    Filed 12/21/18    Ent. 12/21/18 10:50:42    Pg. 1 of 2

**Below is the Order of the Court.**

1 | Presented by:
2 | GREGORY M. GARVIN
Acting United States Trustee for Region 18
3 |
4 | /s/ Hilary Bramwell Mohr
HILARY BRAMWELL MOHR, WSBA #40005
5 | Attorney for the United States Trustee
6 |
7 | JAMES E. DICKMEYER, P.C.
8 |
/s/ James E. Dickmeyer
9 | JAMES E. DICKMEYER, WSBA #14318
Attorney for the Debtor

*EX PARTE* ORDER GRANTING
STIPULATED MOTION EXTENDING
TIME TO OBJECT TO DISCHARGE
OR MOVE TO DISMISS - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)