# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE

JASON L. WOEHLER,
                 DEBTOR.

RUSSELL BRANDT,
                 Plaintiff
  v.

JASON L. WOEHLER,
                 Defendant.

Bankruptcy No. 18-12299-CMA

Adversary No. 18-01169-CMA

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

**TO:**       The Clerk of Court
**AND TO:**   All Parties, and your attorneys of record

PLEASE TAKE NOTICE that SARAELLEN HUTCHISON, of the Law Office of SaraEllen Hutchison, PLLC, attorney of record for Plaintiff/Creditor Russell Brandt in the above-captioned matter, has a new mailing address:

**Law Office of SaraEllen Hutchison, PLLC**
539 Broadway
Tacoma, WA 98402

Dated this 26th day of December, 2018 at Tacoma, WA.

                                              _S//SaraEllen Hutchison_
                                              SARAELLEN HUTCHISON (WSBA #36137)

NOTICE OF CHANGE OF ADDRESS        1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 26th day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 26th day of December, 2018 at Tacoma, Washington.

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Counsel for Plaintiff/Creditor Brandt*

NOTICE OF CHANGE OF ADDRESS   2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

Case 18-12299-CMA    Doc 120    Filed 12/26/18    Ent. 12/26/18 13:01:37    Pg. 2 of 2