**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 18-12299 |
| JASON L. WOEHLER ) | |
| ) | |
| ) | ORDER TO RETAIN CONSULTANT/REAL |
| Debtors ) | ESTATE AGENT |

THIS MATTER having come on pursuant to the Trustee's Application to Retain Real Estate Agent, no notice or hearing being required, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to retain Rik Jones of ReMax Northwest as her consultant at the hourly rate of $175.000. The Trustee is authorized to pay Mr. Jones a fee not to exceed $500 without further order of this Court.

IT IS FURTHER ORDERED that in the event the Trustee is not able to negotiate a sale of the equity of the real property to the Debtor, she is authorized to retain Rik Jones as a real estate agent to be paid a fee of 6% of gross sales subject to further order of this court. Payment of any commissions shall be subject to further order of this Court.

IT IS FURTHER ORDERED that Mr. Jones shall be paid either as a consultant or as a

//

Order To Retain Real Estate Agent

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

**Below is the Order of the Court.**

1. real estate agent, but not both.

2. ///END OF ORDER///

3. Presented by:

4. */s/ Nancy L. James*
   _____
5. Nancy L. James, Trustee
   15008 – 63rd Drive SE
6. Snohomish, WA 98296
   (425) 485-5541

Order To Retain Real Estate Agent

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541