1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:                                    )   Chapter 7
                                          )   Bankruptcy No. 18-12299
JASON L. WOEHLER,                         )
                                          )   STIPULATED ORDER EXTENDING
              Debtor(s).                  )   TIME TO OBJECT TO DISCHARGE
                                          )   OR DISMISS

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the stipulation of Nancy James, the Chapter 7 bankruptcy trustee in the above-captioned matter, and the debtor, Jason L. Woehler, to extend the deadline for any objections to the debtor's discharge or to dismiss for the United States Trustee and the Chapter 7 Trustee only, the court having considered the motion, now, therefore, it is hereby

ORDERED that the deadline for the United States Trustee and the Chapter 7 Trustee to file an objection to the debtor's discharge under Section 727 or a motion to dismiss under Section 707(b)(3) is hereby extended through February 11, 2019.

//// END OF ORDER ////

**STIPULATED ORDER EXTENDING**
**TIME TO OBJECT TO DISCHARGE**
**OR DISMISS -** 190110cOrd Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1
2

Presented By:

THE LIVESEY LAW FIRM

3

4          /S/ *Rory C. Livesey*

5          _____
Rory C. Livesey, WSBA #17601
Attorney for Trustee

6

7          The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101

8          (206) 441-0826

9          Approved as to Form; Notice of
Presentation Waived by:

10
JAMES E. DICKMEYER, P.C.

11

12

13          /S/ *James E. Dickmeyer*

_____
James E. Dickmeyer, WSBA #14318

14          Attorneys for Debtor

15

16

17

18

19

20

21

22

23

24

25

**STIPULATED ORDER EXTENDING
TIME TO OBJECT TO DISCHARGE
OR DISMISS -** 190110cOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826