_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JASON L. WOEHLER,<br><br>        Debtor(s). | Chapter 7<br>Bankruptcy No. 18-12299<br><br>STIPULATED ORDER EXTENDING<br>TIME TO OBJECT TO DISCHARGE<br>OR DISMISS |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the stipulation of Nancy James, the Chapter 7 bankruptcy trustee in the above-captioned matter, and the debtor, Jason L. Woehler, to extend the deadline for any objections to the debtor's discharge or to dismiss for the United States Trustee and the Chapter 7 Trustee only, the court having considered the motion, now, therefore, it is hereby

ORDERED that the deadline for the United States Trustee and the Chapter 7 Trustee to file an objection to the debtor's discharge under Section 727 or a motion to dismiss under Section 707(b)(3) is hereby extended through February 11, 2019.

//// END OF ORDER ////

**STIPULATED ORDER EXTENDING**
**TIME TO OBJECT TO DISCHARGE**
**OR DISMISS -** 190110cOrd Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 126    Filed 01/14/19    Ent. 01/14/19 15:20:54    Pg. 1 of 2

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Approved as to Form; Notice of Presentation Waived by:

JAMES E. DICKMEYER, P.C.


/S/ *James E. Dickmeyer*
_____
James E. Dickmeyer, WSBA #14318
Attorneys for Debtor

**STIPULATED ORDER EXTENDING TIME TO OBJECT TO DISCHARGE OR DISMISS -** 190110cOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 126    Filed 01/14/19    Ent. 01/14/19 15:20:54    Pg. 2 of 2