**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JASON L. WOEHLER,<br><br>Debtor. | Case No. 18-12299-CMA<br><br>*EX PARTE* ORDER GRANTING STIPULATED MOTION FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE OR MOVE TO DISMISS |

THIS MATTER came before the Court on the Stipulated Motion of the United States Trustee and the debtor, Jason L. Woehler ("Debtor"), to extend the deadline for any objections to the Debtor's discharge for the United States Trustee and chapter 7 trustee only.

The Court, having considered the Stipulated Motion, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline for the United States Trustee or the chapter 7 trustee to file an objection to the Debtor's discharge under section 727 or a motion to dismiss under section 707(b)(3) is hereby extended to and through May 11, 2019.

/// END OF ORDER ///

//
//
//

*EX PARTE* ORDER GRANTING
STIPULATED MOTION FURTHER
EXTENDING TIME TO OBJECT TO
DISCHARGE OR MOVE TO DISMISS - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA   Doc 129   Filed 02/13/19   Ent. 02/13/19 15:09:49   Pg. 1 of 2

**Below is the Order of the Court.**

1 | Presented by:
2 | GREGORY M. GARVIN
Acting United States Trustee for Region 18
3 |
4 | */s/ Hilary Bramwell Mohr*
5 | HILARY BRAMWELL MOHR, WSBA #40005
Attorney for the United States Trustee
6 |
7 | JAMES E. DICKMEYER, P.C.
8 |
9 | */s/ James E. Dickmeyer [authorized by email]*
JAMES E. DICKMEYER, WSBA #14318
Attorney for the Debtor

*EX PARTE* ORDER GRANTING STIPULATED MOTION FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE OR MOVE TO DISMISS - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)