**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JASON L. WOEHLER,<br><br>　　　　　　　　　Debtor. | Case No. 18-12299-CMA<br><br>*EX PARTE* ORDER GRANTING STIPULATED MOTION FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE |

THIS MATTER came before the Court on the Stipulated Motion of the United States Trustee and the debtor, Jason L. Woehler ("Debtor"), to extend the deadline for any objections to the Debtor's discharge for the United States Trustee and chapter 7 trustee only.

The Court, having considered the Stipulated Motion, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline for the United States Trustee or the chapter 7 trustee to file an objection to the Debtor's discharge under section 727 is hereby extended to and through May 25, 2019.

/// END OF ORDER ///

//
//
//

*EX PARTE* ORDER GRANTING STIPULATED MOTION FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA    Doc 136    Filed 05/09/19    Ent. 05/09/19 12:22:14    Pg. 1 of 2

1 Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
HILARY BRAMWELL MOHR, WSBA #40005
Attorney for the United States Trustee

JAMES E. DICKMEYER, P.C.

*/s/ James E. Dickmeyer*
JAMES E. DICKMEYER, WSBA #14318
Attorney for the Debtor

*EX PARTE* ORDER GRANTING
STIPULATED MOTION FURTHER
EXTENDING TIME TO OBJECT TO
DISCHARGE - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-12299-CMA    Doc 136    Filed 05/09/19    Ent. 05/09/19 12:22:14    Pg. 2 of 2