Judge: Christopher M. Alston
Chapter: 7
Hearing Location: Seattle
Hearing Date: 6-28-19
Hearing Time: 9:30 a.m.
Response Date: 6-21-19

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

JASON L. WOEHLER,

Debtor

Case No: 18-12299-CMA

DECLARATION OF JASON WOEHLER

JASON WOEHLER hereby states under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am the debtor herein and make this declaration of my own knowledge.

I do not agree with the trustee's contention that I have not cooperated. After this case was converted to Chapter 7 I told the trustee I hoped to purchase the nonexempt equity so I could save my house. I have a longtime family friend who offered to lend me the money the trustee required. In the time since the conversion my friend has had some financial setbacks and is helping me find alternate sources of funding. In the meantime, I am making the $2500 monthly mortgage payments, paying the insurance and dues, making repairs and maintaining it. My aim is still to save my home if at all possible.

Declaration - 1

**JAMES E. DICKMEYER, PC**
121 Third Avenue  PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

Case 18-12299-CMA    Doc 147-1    Filed 06/21/19    Ent. 06/21/19 16:29:41    Pg. 1 of 2

Because of a last minute work commitment I was forced to reschedule the trustee's agent's inspection of my home in January 2019, and he inspected the following week.

I did not receive the number of messages the trustee's agent states he left. I recall a couple messages at most from a number I did not recognize. Because I receive calls from debtors and spam callers, I do not answer calls from numbers I do not recognize. The caller did not leave voice mail.

I am agreeable to cooperating with the agent to get him a key and list the property. My current housemate can provide a key if I am out of town, as I often am for business. Or, I can deliver a key to my attorney.

| 6-21-19      Dallas TX | */s/ Jason Woehler* |
|---|---|
| Date and Place Signed | Jason Woehler |

Declaration - 2

**JAMES E. DICKMEYER, PC**
121 Third Avenue  PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

Case 18-12299-CMA    Doc 147-1    Filed 06/21/19    Ent. 06/21/19 16:29:41    Pg. 2 of 2