1
Honorable Christopher M. Alston<br>June 28, 2019; 9:30 a.m.

2

3

4

5

6

7

8

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9  In re:                                    )   Chapter 7
                                             )   Bankruptcy No. 18-12299
10 JASON L. WOEHLER,                         )
                                             )   TRUSTEE'S REPLY TO RESPONSE
11         Debtor(s).                        )   TO MOTION FOR TURNOVER
   _____ )

12

13     COMES NOW the duly appointed trustee, Nancy James, through counsel, The Livesey Law

14 Firm, and Rory C. Livesey, and files this reply to the debtor's Response to Motion for Turnover.

15     The debtor has expressed an interest in purchasing the estate's equity in his residence located

16 at 1920-A East Spruce Street, Seattle, Washington 98122 ("the Property"). A debtor doing so is not

17 an uncommon scenario. To date, no firm proposal has been made. The debtor's response is

18 emblematic of how the debtor has approached the bankruptcy. The trustee made the first offer to

19 sell the equity in early February. As in his response, the debtor has been saying he has a friend who

20 will loan him the money. Apparently that opportunity is no longer available. However, he does not

21 provide any sort of alternative or a timeline by which he hopes to make a real offer.

22     The debtor has had nearly five months to make a proposal to the trustee to purchase the

23 equity in his residence. The trustee needs to begin marketing the Property. Access to the Property

24 has been difficult. Given the delays caused by the debtor, entering an order requiring the debtor to

25 turn the Property over to the trustee is appropriate. The debtor can still make a proposal to purchase

the equity. However, at this point the trustee must move to liquidate this asset. The trustee requests

**TRUSTEE'S REPLY TO RESPONSE**
**TO MOTION FOR TURNOVER**
190624aRep Page 1

THE LIVESEY LAW FIRM<br>600 Stewart Street, Suite 1908<br>Seattle, WA 98101<br>(206) 441-0826

1 that the objection be overruled and the court enter the order directing the debtor to turn over the

2 Property.

3       RESPECTFULLY SUBMITTED this 25th day of June, 2019.

4                    THE LIVESEY LAW FIRM

5

6                    */S/ Rory C. Livesey*

7                    Rory C. Livesey, WSBA #17601
                   Attorney for Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRUSTEE'S REPLY TO RESPONSE**
**TO MOTION FOR TURNOVER**
190624aRep  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 148    Filed 06/25/19    Ent. 06/25/19 09:27:21    Pg. 2 of 2