UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 18-12299 CMA |
| JASON L. WOEHLER | DECLARATION OF MANISH BORDE IN SUPPORT OF EX PARTE APPLICATION FOR RULE 2004 EXAMINATION |
| Debtor. | |

I, Manish Borde, say:

1.     I am an attorney at law admitted to practice before this Court and am the Managing Member of the law firm of BORDE LAW PLLC, 600 Stewart Street, Suite 400, Seattle, WA 98101 ("BORDE LAW").  I have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2.     On June 10, 2019, the Court entered its Order approving the employment of BORDE LAW as special litigation counsel for the Trustee.  BORDE LAW was retained to investigate and potentially prosecute claims held by the bankruptcy estate against Sacor Financial, Inc.[1]  The records sought in the accompanying Ex Parte Application for Rule 2004 Examination are sought in conjunction with evaluating claims against Sacor Financial, Inc. in relation to the judgment that was entered against the Debtor in *Brandt v. Columbia Credit Services, Inc.*, et al., W.D. Wash. Case No. 2:17-cv-00703-RSM.

---

[1] Dkt. No. 146.

DECLARATION OF MANISH BORDE IN SUPPORT OF EX PARTE
APPLICATION FOR RULE 2004 EXAMINATION - 1

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129

1    I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3

4    DATED this 17th day of July, 2019.

5

6                                          /s/ Manish Borde
                                          Manish Borde, WSBA #39503
7                                          BORDE LAW PLLC
                                          600 Stewart Street, Suite 400
8                                          Seattle, WA 98101
                                          Telephone: (206) 905-6129
                                          mborde@bordelaw.com
9                                          Special litigation counsel for Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MANISH BORDE IN SUPPORT OF EX PARTE
APPLICATION FOR RULE 2004 EXAMINATION - 2

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129

PROOF OF FILING

The undersigned hereby certifies that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 17th day of July, 2019.

/s/ Manish Borde
Manish Borde, WSBA #39503
BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (206) 905-6129
mborde@bordelaw.com
Special litigation counsel for Trustee

DECLARATION OF MANISH BORDE IN SUPPORT OF EX PARTE
APPLICATION FOR RULE 2004 EXAMINATION - 3

BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129