Entered on Docket July 19, 2019



**Submitted But not Entered.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: Applicant shall note the matter for hearing and provide notice to all parties requesting special notice and a) Sacor Financial, Inc., b) all parties in Brandt v. Columbia Credit Services, Inc., W.D. Wash. Case No. 2:17-cv-00703-RSM; c) Wales & Woehler, Inc., P.S., d) Justin Lane, and e) Francis Frank Huguenin.**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 18-12299 CMA |
| JASON L. WOEHLER | *EX PARTE* ORDER FOR RULE 2004 EXAMINATION |
| Debtor. | |

THIS MATTER having come on regularly before the Court, and it appearing that notice to the debtor and creditors is not necessary, now therefore, it is hereby

ORDERED that the Trustee, Nancy James, and her attorneys, BORDE LAW PLLC, are authorized to issue a Subpoena for Rule 2004 Examination to Sacor Financial, Inc. and its representatives. The Trustee is authorized to seek the following documents, and documents shall be produced in their native format unless otherwise agreed:

- Discovery responses provided by Sacor Financial, Inc. in *Brandt v. Columbia Credit Services, Inc.*, W.D. Wash. Case No. 2:17-cv-00703-RSM;

- Any and all bar complaints submitted by Sacor Financial, Inc. against Jason Woehler and/or Wales & Woehler, Inc., P.S.;

EX PARTE ORDER FOR RULE 2004 EXAMINATION - 1

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129

**Submitted But not Entered.**

- All written communications (electronic and print) to or from employee Justin Lane related to the Russell Brandt collection matter dated between October 16, 2006 and the last day of Lane's employment at Sacor Financial, Inc./Columbia Credit Services, Inc.;

- All written communications (electronic and print) between any agent/employee of Sacor Financial, Inc. and Francis "Frank" Huguenin dated between October 24, 2012 and February 9, 2017 and related to the Russell Brandt collection matter;

- All written communications (electronic and print) between any agent/employee of Sacor Financial, Inc. and Jason Woehler dated between October 24, 2012 and February 9, 2017 and related to the Russell Brandt collection matter;

- All written communications (electronic and print) between any agent/employee of Sacor Financial, Inc. and any agent/employee of Wales & Woehler, Inc. P.S. (exclusive of Mr. Huguenin and Mr. Woehler) dated between October 24, 2012 and February 9, 2017 and related to the Russell Brandt collection matter;

- The email referenced under an entry dated October 25, 2012 in the Sacor Financial, Inc. collection activity log document produced in discovery in *Brandt v. Columbia Credit Services, Inc.*, W.D. Wash. Case No. 2:17-cv-00703-RSM and bates stamped SFI001031; and

- A copy of any settlement agreement between Sacor Financial, Inc. and Russell Brandt.

A representative of Sacor Financial, Inc. shall also, pursuant to a Rule 2004 Subpoena, provide testimony with respect to: (a) the aforementioned documents and (b) notations made in the collection activity log that was produced by Sacor Financial, Inc. in discovery in *Brandt v.*

EX PARTE ORDER FOR RULE 2004 EXAMINATION - 2

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129

**Submitted But not Entered.**

*Columbia Credit Services, Inc.*, W.D. Wash. Case No. 2:17-cv-00703-RSM bates stamped SFI001020-SFI001040.

/ / / End of Order / / /

PRESENTED BY:

/s/ Manish Borde
Manish Borde, WSBA #39503
BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (206) 905-6129
mborde@bordelaw.com
Special litigation counsel for Trustee

EX PARTE ORDER FOR RULE 2004 EXAMINATION - 3

**BORDE LAW PLLC**
600 Stewart Street, Suite 400
Seattle, Washington 98101
(206) 905-6129

Case 18-12299-CMA    Doc 152    Filed 07/19/19    Ent. 07/19/19 16:03:20    Pg. 3 of 3