Judge: Christopher M. Alston
Chapter: 7
Hearing Location: Seattle
Hearing Date: 3-6-20
Hearing Time: 9:30 a.m.
Response Date: 2-28-20

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

JASON L. WOEHLER,

Debtor

Case No: 18-12299-CMA

DECLARATION OF
JAMES E. DICKMEYER

JAMES E. DICKMEYER hereby states under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am counsel to the debtor herein and make this declaration of my own knowledge. Attached hereto as exhibits are true and correct copies of the following:

1. Order on Stipulation for Relief from Stay entered herein on July 5, 2018 (dkt. 21);

2. Judgment in a Civil Case entered on October 23, 2018 in the United States District Court for the Western District of Washington, case no. C17-703RSM;

3. Excerpt from Commitment for Title Insurance issued by Old Republic National Title Insurance Company, order no. 5207163569 with an effective date of April 30, 2019.

| 2-12-20  Kirkland WA | /s/ James E. Dickmeyer |
|---|---|
| Date and Place Signed | James E. Dickmeyer |

Motion re Stay Violation - 1

**JAMES E. DICKMEYER, PC**
520 Kirkland Way Suite 400
Avenue PO Box 2623
Kirkland, Washington 98083-2623
(425) 889-2324

# EXHIBIT "1"

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE

JASON L. WOEHLER,

Debtor.

Case No. 18-12299-CMA

ORDER ON STIPULATION FOR RELIEF FROM STAY

THIS MATTER came before the Court upon the stipulation of the Debtor, Creditor Russell Brandt to modify the automatic stay for the limited purpose of allowing Brandt to fix his claim for damages relating to the Western District Action of *Russell Brandt v. Columbia Credit Services, Inc., et al,* No. 2:17-cv-703-RSM ("Stipulation"). The Court having reviewed the Stipulation and the attached exhibits and the Trustee's statement of no objection finds that good cause exists to grant the Stipulation to modify the automatic stay, it is therefore

ORDERED that pursuant to the stipulation of the parties, the trial on damages and attorneys' fees and costs in the Western District Action of *Russell Brandt v. Columbia Credit*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 1

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
PH (206) 486-1176 | F (206) 458-6028

Case 18-12299-CMA    Doc 169-1    Filed 02/12/20    Ent. 02/12/20 14:35:44    Pg. 3 of 10

**Below is the Order of the Court.**

*Services, Inc., et al,* No. 2:17-cv-703-RSM can proceed with relief from stay for the limited purpose of fixing Brandt's damages claim in this matter. Per the parties' stipulation, this order goes into effect 21 days after entry, but no later than July 18, 2018.

/// End of Order ///

Presented By:

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com


S//Samuel Leonard
SAMUEL LEONARD (WSBA #46498)
Leonard Law
1001 4th Ave. #3200
Seattle, WA 98154
Ph. 206.486.1176
Fx. 206.458.6028
sam@seattledebtdefense.com

*Attorneys for Plaintiff*


__/s/ James Dickmeyer_____
JAMES E. DICKMEYER (WSBA #14318)
Law Office of James E. Dickmeyer PC
121 Third Avenue
PO Box 908
Kirkland, WA 98093-0908
Ph. (425) 889-2324
jim@jdlaw.net

*Attorney for Debtor*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 2

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486.1176 Fx (206) 458.6028

*No Objection:*

_____
JASON WILSON-AGUILAR (WSBA #3352)
Attorney for K. MICHAEL FITZGERALD (WSBA #8115)
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
Ph. (206) 624-5124
Fx. (206) 624-5282

*Trustee*

ORDER ON STIPULATION FOR RELIEF FROM STAY
(18-12299-CMA) - 3

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph: (206) 486-1176 | Fx: (206) 458-6028

# EXHIBIT "2"

# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL BRANDT,

       Plaintiff,

   v.

WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C17-703RSM

 **X**    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, based on the Jury's responses on the Verdict Form, Dkt. #53, the Court's Order re: Statutory Damages, Dkt. #56, and the Court's ruling on Motion for Attorney Fees, Dkt. #59, judgment is rendered in favor of Plaintiff Russell Brandt in the amount of $288,967, and against Defendants Wales & Woehler, Inc., P.S. and Jason L. Woehler jointly and severally.  Post-judgment interest shall accrue at the rate set forth in 28 U.S.C. § 1961.

      Dated this 23rd day of October, 2018.

                                  WILLIAM M. MCCOOL
                                  Clerk

                                  /s/ Paula McNabb
                                  Deputy Clerk

# EXHIBIT "3"

20. Deed of Trust to secure an indebtedness of the amount stated below and any other amounts payable under the terms thereof,

   | | | |
   |---|---|---|
   | Amount | : | $353,479.00 |
   | Trustor/Borrower | : | Jason L. Woehler, a single person |
   | Trustee | : | First American Title Insurance Company |
   | Beneficiary/Lender | : | Mortgage Electronic Registration Systems, Inc., solely as nominee for the benefit of Golf Savings Bank, a Washington Stock Savings Bank |
   | Dated | : | May 14, 2009 |
   | Recorded | : | May 18, 2009 in Official Records under Recording Number 20090518002389 |
   | "MIN" | : | 1002050-1000109531-4 |

   The record beneficial interest under said Deed of Trust as a result of the last recorded assignment thereof is,

   | | | |
   |---|---|---|
   | Vested In | : | Nationstar Mortgage LLC, a Delaware limited liability company |
   | by instrument | | |
   | Dated | : | July 8, 2015 |
   | Recorded | : | July 8, 2015 in Official Records under Recording Number 20150708001790 |

21. Deed of Trust to secure an indebtedness of the amount stated below and any other amounts payable under the terms thereof,

   | | | |
   |---|---|---|
   | Amount | : | $4,000.00 |
   | Trustor/Borrower | : | Jason L. Woehler |
   | Trustee | : | Stacy A. Wikle |
   | Beneficiary/Lender | : | Owen J. Wales |
   | Dated | : | January 21, 2015 |
   | Recorded | : | February 6, 2015 in Official Records under Recording Number 20150206000432 |

22. Judgment and/or Order, as follows:

   | | | |
   |---|---|---|
   | For | : | $288,967.00 |
   | In Favor of | : | Russell Brandt |
   | Against | : | Wales and Woehler, Inc., P.S. and Jason L. Woehler |
   | Court | : | Western District Court |
   | Case No | : | 2-17-cv-00703 |
   | Dated | : | October 23, 2018 |
   | Attorney | : | Saraellen M. Hutchison |
   | For | : | Creditor |

23. Provisions of the Bankruptcy Reform Act of 1978, as amended, and of the terms, conditions and provisions of any Order which may be entered in the following:

    Case No.      :   18-12299-CMA
    District      :   Western District of Washington (Seattle)
    Debtor        :   Jason L. Woehler
    Chapter       :   7

    Any sale, purchase or encumbrance by the Debtor must be pursuant to court order. We request that the motion and order authorizing the Debtor's actions be submitted for our review and approval prior to entry. Said order will be subject to a fourteen day appeal period.

24. Adversary Proceeding, as follows:

    Case No.              :   18-01169-CMA
    District              :   Western District of Washington (Seattle)
    Plaintiff             :   Russell Brandt
    Defendant             :   Jason L. Woehler
    Attorney for Plaintiff :  Sara Ellen Hutchison
    Attorney for Defendant :  James E. Dickmeyer
    Note                  :   Complaint For Determation of Dischargeability

Note:

25. If the property described in Schedule A is occupied by a marital community or registered domestic partnership as a homestead under Washington law, any conveyance or encumbrance must be executed by both spouses/domestic partners pursuant to RCW 6.13.060.

-------------------- Informational Notes --------------------