**JANEWAY LAW FIRM, LLC**  
1499 SE Tech Center Place, Suite 255  
Vancouver, WA 98683  
Telephone: (360)260-2253  
S&S No. 18-123522

Honorable Judge Christopher M Alston

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-12299-CMA |
| Jason L Woehler | **NOTICE OF STATEMENT OF POSITION** |
| Debtor(s). | |

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Creditor"), by and through its attorney, Kelly Sutherland, and pursuant to the Trustee's Motion For an Order Authorizing Sale of to Approve Sale of Equity In Debtor's Residence Back to the Debtor (the "Motion"), hereby files this Notice of Statement of Position.

As the Trustee referenced in their Motion, the Creditor is the holder of the first position Deed of Trust lien on the Debtor's real property located at 1920-A E. Spruce Street, Seattle, Washington 98122 (the "Property").

///

///

///

///

///

///

1 – NOTICE OF STATEMENT OF POSITION

*JANEWAY LAW FIRM, LLC*  
1499 SE Tech Center Place, Suite 255  
Vancouver, WA 98683  
Telephone (360)260-2253 (800)970-5647

The Creditor has no objection to the Motion to the extent that:

1. Creditor is paid in full, from the proceeds of the sale of the Property, subject to a proper payoff quote; or that

2. Any sale short of full payoff will be subject to Creditor's final approval.

DATED this 14th day of February, 2020.

/s/ Kelly Sutherland
Kelly Sutherland, WSBA # 21889
JANEWAY LAW FIRM, LLC
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

2 - NOTICE OF STATEMENT OF POSITION

*JANEWAY LAW FIRM, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone (360)260-2253 (800)970-5647

Case 18-12299-CMA    Doc 170    Filed 02/14/20    Ent. 02/14/20 16:02:59    Pg. 2 of 2