**Honorable Christopher M. Alston**
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 18-12299 |
| JASON L. WOEHLER, ) | |
| ) | REPORT OF SALE |
| ) | |
| Debtors ) | |

COMES NOW the Trustee, Nancy L. James, and reports that the payment pursuant to the Order Authorizing Sale of Equity in Debtor's Residence Back to the Debtor [Doc.177] has been received and the sale completed.

DATED this 12th day of March, 2020.

*/s/Nancy L. James*

Nancy L. James
Trustee

Report of Sale