Entered on Docket March 16, 2020

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re:<br><br>JASON L. WOEHLER<br><br>Debtor | Case No: 18-12299-CMA<br><br>ORDER ON MOTION FOR DETERMINATION OF STAY VIOLATION |
|---|---|

THIS MATTER came before the court on the debtor's motion for a determination that any lien created by entry of judgment by the Clerk of the United States District Court for the Western District of Washington against the debtor in <u>Brandt v. Woehler</u>, et al. case no. C17-703 RSM violates the automatic stay of 11 USC §362. The court having reviewed the motion and any opposition thereto, it is hereby

Order on Stay Violation Motion - 1

JAMES E. DICKMEYER, PC
520 Kirkland Way Suite 400
PO Box 2623
Kirkland, Washington 98083-2623
(425) 889-2324

Case 18-12299-CMA    Doc 183    Filed 03/16/20    Ent. 03/16/20 12:13:50    Pg. 1 of 2

ORDERED, ADJUDGED AND DECREED that:

The judgment entered against the debtor Jason L. Woehler on October 23, 2018 in the United States District Court for the Western District of Washington, case no. C17-703 RSM, which is valid as a conclusive determination of Brandt's damages claim in this matter, does not create or fix a lien or encumbrance on the following real property, and any such lien resulting from entry of the judgment is void:

> Lot C, Short Subdivision No. 3007704, recorded under Recording No. 20080721900006, records of King County, Washington.
>
> TOGETHER WITH an easement for ingress egress as delineated on Short Subdivision No. 3007704, recorded under Recording No. 20080721900006, records of King County, Washington.
>
> AND TOGETHER WITH an easement for ingress and egress as created and established by Recording No. 20080918001628, being a re-record of Recording No. 20071009001342, records of King County, Washington.
>
> SITUATE in the County of King, State of Washington
>
> Property Address: 1920 A East Spruce Street, Seattle, WA 98122
> Tax Account No. 193480-0076-01

/// End of Order ///

Presented By:

James E. Dickmeyer, PC

By */s/ James E. Dickmeyer*
James E. Dickmeyer  WSBA #14318
Attorney for Debtor

Order on Stay Violation Motion - 2

JAMES E. DICKMEYER, PC
520 Kirkland Way  Suite 400
PO Box 2623
Kirkland, Washington  98083-2623
(425) 889-2324

Case 18-12299-CMA    Doc 183    Filed 03/16/20    Ent. 03/16/20 12:13:50    Pg. 2 of 2