IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| JASON L. WOEHLER, | Bankruptcy No. 18-12299 |
| Debtor(s). | NOTICE OF ABANDONMENT |

COMES NOW the duly appointed trustee, Nancy L. James, through counsel, The Livesey Law Firm, and Rory C. Livesey, pursuant to an Order Authorizing Sale of Equity in Debtor's Residence Back to the Debtor dated February 27, 2020, and does abandon the real property located at 1920 A East Spruce Street, Seattle, Washington 98122.

RESPECTFULLY SUBMITTED this 12th day of March, 2020.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee

**NOTICE OF ABANDONMENT**
200312dNot    Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 184    Filed 03/16/20    Ent. 03/16/20 14:38:00    Pg. 1 of 1