|   |   |   |
|---|---|---|
| | | Honorable Christopher M. Alston |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JASON L. WOEHLER,<br><br>          Debtor(s). | Chapter 7<br>Bankruptcy No. 18-12299<br><br>EX PARTE MOTION FOR AN ORDER FOR 2004 EXAMINATION OF THE DEBTOR BY INTERROGATORY |

COMES NOW The Livesey Law Firm, and Rory C. Livesey, attorney for Nancy L. James, the trustee, and moves this court for an order requiring the debtor, Jason L. Woehler, to appear for a Bankruptcy Rule 2004 examination or, in lieu of oral testimony, testify by interrogatory. The debtor will be required to provide the following documents, including information or data stored electronically:

1. all documents in the debtor's possession related to Andrew Ballatian, including, but not limited to, contracts, promissory notes where the debtor is either the borrower or the lender, checks where the debtor is either the payer or the payee, and all correspondence, including electronic.

Upon the issuance of an *Ex Parte* Order for Examination of the Debtor by Interrogatory, the trustee will issue a Subpoena and serve it upon the deponent with not less than ten (10) days notice of the deposition.

RESPECTFULLY SUBMITTED this 12th day of May, 2020.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

_____
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee
**EX PARTE MOTION FOR AN ORDER
FOR 2004 EXAMINATION OF THE
DEBTOR BY INTERROGATORY**
200430aMot   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 190    Filed 05/12/20    Ent. 05/12/20 15:14:54    Pg. 1 of 1