**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 18-12299 |
| JASON L. WOEHLER, ) | |
| ) | EX PARTE ORDER FOR 2004 |
| Debtor(s). ) | EXAMINATION OF THE DEBTOR |
| ) | BY INTERROGATORY |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled court, it appearing that notice to the debtor and creditors is not necessary, now, therefore, it is hereby

ORDERED that the trustee, Nancy L. James, and her attorneys, The Livesey Law Firm, are authorized to issue a Subpoena for 2004 Examination of the Debtor, Jason L. Woehler. Such Subpoena shall be served with not less than ten (10) days notice of the deposition.

IT IS HEREBY FURTHER ORDERED that, in lieu of oral testimony, the debtor may fulfill his requirements under Bankruptcy Rule 2004 by responding to written interrogatories provided by the trustee. The deponent shall be directed to provide those documents referred to in the subpoena.

////

////

**EX PARTE ORDER FOR 2004
EXAMINATION OF THE DEBTOR
BY INTERROGATORY**
200430bOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 192    Filed 05/13/20    Ent. 05/13/20 09:53:57    Pg. 1 of 2

1  IT IS HEREBY FURTHER ORDERED that the requirements of FRCP 33 and FRBP 7033
2  shall apply.
3  //// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**EX PARTE ORDER FOR 2004 EXAMINATION OF THE DEBTOR BY INTERROGATORY**
200430bOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-12299-CMA    Doc 192    Filed 05/13/20    Ent. 05/13/20 09:53:57    Pg. 2 of 2