**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
June 18, 2021; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 18-12299 |
| JASON L. WOEHLER, ) | |
| ) | ORDER AUTHORIZING PAYMENT OF |
| Debtor(s). ) | ADMINISTRATIVE TAX EXPENSE |
| ) | |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled Court, upon the Trustee's Motion for an Order Authorizing Payment of Administrative Tax Expense, the Court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the trustee, Nancy L. James, may disburse an amount not to exceed $1,000 to the Internal Revenue Service to pay the estate's administrative federal income tax liability.

//// END OF ORDER ////

**ORDER AUTHORIZING PAYMENT OF
ADMINISTRATIVE TAX EXPENSE**
210521cOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Below is the Order of the Court.

1  Presented By:

2  THE LIVESEY LAW FIRM

3
      /S/ *Rory C. Livesey*
4  _____
   Rory C. Livesey, WSBA #17601
5  Attorney for Nancy L. James, Trustee

6  The Livesey Law Firm
   600 Stewart Street, Suite 1908
7  Seattle, WA 98101
   (206) 441-0826

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER AUTHORIZING PAYMENT OF**
**ADMINISTRATIVE TAX EXPENSE**
210521cOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826