1

Honorable Christopher M. Alston
Hearing date: October 29, 2021; 9:30 a.m.
Hearing Place: **Telephonic Hearing**
Responses due by: October 22, 2021

2

3

4

5

6

7

8

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

In re:

10

JASON L. WOEHLER,

11

Debtor(s).

)
)
)
)
)
)
)
)
)

Chapter 7
Bankruptcy No. 18-12299

APPLICATION BY ATTORNEY FOR
TRUSTEE FOR COMPENSATION
AND SUPPORTING DECLARATION

12

13

## APPLICATION

14

COMES NOW The Livesey Law Firm, and applies to this Court for compensation as the

15

attorney for the Chapter 7 trustee in the amount of $40,784.00 for fees and $86.20 for costs for a

16

total of $40,870.20, for the period of November 1, 2018, through the date of this application.  This

17

application is based on the subjoined declaration of Rory C. Livesey.

18

WHEREFORE your applicant prays that an allowance be made to it as compensation for

19

professional services rendered and costs as listed above.

20

DATED this 10th day of August, 2021.

21

THE LIVESEY LAW FIRM

22

*/S/ Rory C. Livesey*

23

Rory C. Livesey, WSBA #17601
Of Attorneys for Nancy L. James, Trustee

24

## DECLARATION

25

The undersigned makes the following statement under penalty of perjury:

**APPLICATION BY ATTORNEY FOR
TRUSTEE FOR COMPENSATION
AND SUPPORTING DECLARATION**
200721jApp  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1    1.    I am over 18 years of age, am competent to testify to the statements herein and make

2    the statements herein based on facts personally known to me.

3    2.    The Livesey Law Firm is acting as the attorney for the trustee, Nancy L. James, in

4    the above-captioned matter and makes this application for an allowance of compensation for

5    professional services rendered and for reimbursement of actual and necessary costs and expenses

6    incurred herein by it in the administration of this estate.

7    3.    On December 6, 2018, this applicant was employed under a general retainer to

8    represent the trustee in this proceeding, pursuant to an order entered herein.

9    4.    All services for which compensation is requested by your applicant were performed

10   for and on behalf of said trustee, and not on behalf of any committee, creditor or other person.

11                                    I. INTRODUCTION

12   5.    The debtor was a local attorney specializing in collection matters.    Although

13   uncertain if it had anything to do with the bankruptcy, the debtor resigned in lieu of discipline from

14   the Washington State Bar Association while the case was pending.

15   6.    Prior to the bankruptcy, the debtor was a defendant in litigation that, generally,

16   involved a collection matter wherein it is alleged that the debtor continued collection activities on

17   an account where the account debtor, Russell Brandt ("Brandt"), had previously paid the obligation.

18   Apparently the employee of the collection agency pocketed the money.    Brandt filed a lawsuit

19   against the debtor and his collection agency client.    The collection agency settled.    The debtor went

20   to trial and Brandt received a judgment against the debtor for an amount in excess of $180,000.

21   Brandt then filed an adversary proceeding to deny the debtor his discharge.

22                        II. GENERAL ADMINISTRATION ("GA")

23   7.    The trustee contacted your applicant regarding its employment as her attorney in this

24   matter. I reviewed the debtor's schedules for potential conflicts.    Finding no conflict I executed a

25   declaration of no adverse interest.    The order authorizing the trustee to employ an attorney was

     entered with the Court.

**APPLICATION BY ATTORNEY FOR**
**TRUSTEE FOR COMPENSATION**
**AND SUPPORTING DECLARATION**
200721jApp   Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1      8.      It was difficult to deal with the debtor.  In part, it was likely due to traveling a great

2    deal to cover court cases around the state on behalf of his collection agency clients.  However, the

3    debtor also kept poor records.  The case was originally filed as a Chapter 13.  The debtor's accounts

4    were audited and it was discovered that he had income that he failed to disclose to the Court.  The

5    case converted to a Chapter 7 shortly thereafter.

6      9.      There were two potential assets in this estate.  The first was the debtor's residence,

7    which had significant equity.  The second asset was an indemnity claim he had against the collection

8    agency in the Brandt matter.  When dealing with the bankruptcy of a professional, such as an

9    attorney, the accounts receivable become an issue.  In this case, it is complicated further by the case

10    originally being filed as a Chapter 13.  Based on available information, the trustee concluded it

11    would not be cost effective to pursue the limited receivables.  The debtor also listed some artwork

12    on his schedules, about which the debtor conveniently had little knowledge.  The trustee's research

13    produced little information on the artist.

14      10.     Initially, the Court issued a show cause order for why the case should not be

15    dismissed for the debtor's failure to file post-conversion schedules.  Your applicant filed a response

16    on behalf of the trustee.  Brandt also filed a response.  He did file amended schedules.

17      11.     The United States Trustee ("UST") noted up a 2004 examination of the debtor.  Your

18    applicant sat in on the examination on behalf of the trustee.  The debtor was very vague in his

19    responses.  He seemed to have little understanding of his own affairs.  It did come out that the debtor

20    made a couple of post-petition payments to creditors that were not authorized by the Bankruptcy

21    Code or order of the Court.  One of the payments was for $12,500.  That payment was just on the

22    cusp of being worth pursuing.  The other payment was too small to economically pursue.  Getting

23    information from the debtor on the payee was difficult. Ultimately your applicant prepared his own

24    motion for a 2004 examination of the debtor.  This happened just as the Coronavirus (COVID-19)

25    pandemic began.  At that time there could be no face to face examination of the debtor.  Your

    applicant prepared interrogatories for the debtor's signature.  They were served on the debtor's

**APPLICATION BY ATTORNEY FOR**
**TRUSTEE FOR COMPENSATION**
**AND SUPPORTING DECLARATION**
200721jApp  Page 3

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12299-CMA   Doc 228   Filed 09/30/21   Ent. 09/30/21 09:26:19   Pg. 3 of 41

1  attorney. Ultimately the debtor did respond. He claimed he knew very little about the person to

2  whom he had paid $12,500. The debtor only had his work address. The debtor's explanation was

3  that he dealt with the individual primarily through email. Your applicant was able to get a little

4  more information about the individual through an online search. Brandt's attorney also had some

5  information. Although the situation was suspect, under the circumstances, including the additional

6  costs that would be required to litigate during the pandemic, the trustee concluded that the payment

7  was not worth pursuing.

8      12.    The debtor was doing collections for Sacor Financial, Inc. ("Sacor"). The debtor's

9  employment contract with Sacor had an indemnity provision. The trustee determined that it was in

10  the best interest of the estate to employ litigation counsel to pursue any potential claim against

11  Sacor. Special counsel requested that the motion to approve his employment be done on notice to

12  creditors to reduce the possibility of future objections to his fees. Your applicant, working with the

13  attorney, prepared a notice and motion for an order authorizing the employment. Notice of the

14  proposed employment was sent to creditors. There were no responses and the order authorizing the

15  employment was entered with the Court.

16      13.    Your applicant met with special counsel, the debtor and debtor's counsel to discuss

17  the Sacor claim. Compared to his testimony at the UST's 2004 examination, the debtor was a wealth

18  of information regarding this claim. He brought documents and had a very good grasp of the facts.

19  The assumption was the debtor would be much more cooperative when he had something to gain,

20  such as the possibility that Sacor would pay the creditor claims under the indemnity agreement.

21  Under the terms of the debtor's employment agreement, the estate had a claim against Sacor in an

22  amount equal to the Brandt judgment. Special counsel began pursuit of the claim. Ultimately, the

23  claim was settled for $20,000. There were a variety of reasons why the settlement was in the best

24  interest of the estate. Initially, Sacor believed it had a counter claim against the debtor and,

25  consequently, the estate, for the debtor's failure to renew several hundred thousand dollars in

judgments at the end of their original ten year life span. Although not a driving factor, it did raise

**APPLICATION BY ATTORNEY FOR**
**TRUSTEE FOR COMPENSATION**
**AND SUPPORTING DECLARATION**
200721jApp  Page 4

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1    a hurdle to collecting an amount equal to the Brandt judgment. More importantly, Sacor was formed

2    for the specific purpose of acquiring the Columbia Credit Services/National Credit debt portfolio.

3    At the time of the claim, Sacor was winding down its collection operations. Additionally, due to the

4    Coronavirus (COVID-19) pandemic, Sacor had all but ceased its collection activities.

5        14.    At the trustee's direction your applicant prepared and filed a motion for an order

6    authorizing the settlement. Notice of the proposed settlement was sent to creditors. There were no

7    responses and the order authorizing the settlement was entered with the Court.

8        15.    The debtor's discharge was something of a complicated process. Initially, the UST

9    got the debtor to agree to extend the deadline for filing complaints. The extension only applied to

10   the UST and to the trustee. As the investigation evolved, it was determined another extension was

11   needed.    Your applicant communicated with debtor's counsel and a second extension was

12   negotiated. Ultimately, neither the trustee nor the UST opposed the discharge.

13       16.    Brandt filed a complaint to deny the debtor's discharge. He alleged causes of action

14   under Section 523 and Section 727 of the Bankruptcy Code. Brandt's attorney was very active

15   throughout the administration of this case. The debtor's defense to Brandt's action were intertwined

16   with the trustee's claim against Sacor.    Initially, Brandt's attorney wanted a copy of the debtor's

17   contract with Sacor. The contract was not with the debtor, but with his prior law firm, Wales &

18   Woehler. Wales had not been involved in the firm for some time. The debtor just never got around

19   to changing the name. Moreover, the Sacor contract had a confidentiality provision. I worked with

20   special counsel to address the issue. What would otherwise be a fairly simple task became rather

21   complicated.    Initially, I contacted Sacor and informed it of the request for a copy of the contract.

22   I never received a response. Out of an abundance of caution, I suggested to Brandt's attorney that

23   he issue a subpoena to the trustee for the turnover of the contract. The subpoena was issued and the

24   contract was provided.

25       17.    An element of Brandt's discharge action involved the debtor's post-petition activities.

At one point Brandt was making overtures towards calling both the trustee and your applicant as

**APPLICATION BY ATTORNEY FOR
TRUSTEE FOR COMPENSATION
AND SUPPORTING DECLARATION**
200721jApp   Page 5

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1   witnesses in his discharge action to testify to the debtor's behavior.  However, as of this writing the

2   discharge trial has taken place and Brandt was unsuccessful.  The debtor received a discharge.

3   Neither the trustee nor your application were called as witnesses.

4          18.    The trustee has done the bulk of the claims review.  However, one of the claims that

5   was filed against the estate was unliquidated.  Apparently the creditor was suing both the debtor and

6   a collection agency, other than Sacor, in federal district court.  Obviously the debtor's filing stayed

7   the action as to him, but the creditor was still pursuing the claim against the collection agency.  In

8   exchanging correspondence with the attorney for the creditor, it was found that the district court had

9   dismissed the lawsuit and the matter was on appeal.  Although the primary target for the plaintiff

10  was the collection agency's insurance company, they had still filed a claim against the bankruptcy.

11  Your applicant researched the allowance of unliquidated claims.  However, communication with the

12  creditor became difficult.  In order to bring the matter to a head the trustee objected to the claim.

13  Somewhat surprisingly, the creditor did not respond and the claim has been denied.

14         19.    The proceeds of the Sacor settlement were taxable.  Even with the available

15  deductions there was a small administrative tax owed.  At the trustee's direction your applicant

16  prepared a notice, motion and order authorizing the trustee to pay the tax.  The order was entered.

17  The tax returns have been filed with the Internal Revenue Service, along with a request for a prompt

18  determination.

19         20.    Your applicant has spent 80.50 hours on the General Administration in this case, or

20  $28,508.50.

21                          III.  RESIDENCE ("R")

22         21.    The debtor had a residence that appeared to have equity in it over and above the

23  combined secured debt and homestead exemption.  The trustee employed an agent to list and market

24  the property.  The debtor had expressed an interest in purchasing the estate's equity in the property

25  from the very beginning.  The realtor was employed in the alternative as a real estate consultant so

    that he could be reimbursed for his time and expenses should the debtor purchase the estate's interest

**APPLICATION BY ATTORNEY FOR
TRUSTEE FOR COMPENSATION
AND SUPPORTING DECLARATION**
200721jApp   Page 6

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12299-CMA    Doc 228    Filed 09/30/21    Ent. 09/30/21 09:26:19    Pg. 6 of 41

1   in the property.  However, it was again difficult to get information from the debtor.  Generally, the

2   debtor simply just did not respond.

3           22.      At the trustee's direction your applicant prepared a motion for an order directing the

4   debtor to leave the property and turn it over to the trustee.  Notice of the proposed motion was sent

5   to the debtor.  There was a response to which your applicant prepared and filed a reply.  The debtor

6   then became much more responsive and the motion for turnover did not go forward.  Based on the

7   trustee's evaluation, there was approximately $112,425 in equity in the property.  That was

8   calculated after factoring in secured debt, the debtor's homestead exemption and costs of sale.  The

9   price was based on an offer the trustee's agent had obtained for the property.  The sale back to the

10  debtor provided slightly more of a benefit to the estate.

11          23.      Your applicant drafted a notice and motion for an order authorizing the sale of the

12  equity in the property back to the debtor.  Additionally, the debtor was borrowing the money to buy

13  the equity.  I prepared a declaration for his lender's signature confirming it was his, and not the

14  debtor's, money.  Notice of the proposed sale was sent to creditors.  The order approving the sale

15  was entered with the Court and the debtor paid the money.  Pursuant to the trustee's agreement with

16  the debtor, your applicant prepared and filed a notice abandoning the debtor's residence.

17          24.      Your applicant has spent 32.7 hours on the Residence in this case, or $12,275.50.

18          25.      In closing this case I have prepared this fee application and I will assist the trustee

19  in those matters routine to the closing of any bankruptcy estate.

20          26.      I have received no payments and no promises for payments from any source, other

21  than as set forth in the paragraph below, for services rendered or to be rendered in any capacity

22  whatsoever in connection with this case, and there is no agreement or understanding between me

23  and any other person other than members of my firm for sharing of the compensation to be received

24  for services rendered in this case.

25          27.      No previous allowance has been made to the attorney in this matter.

**APPLICATION BY ATTORNEY FOR**
**TRUSTEE FOR COMPENSATION**
**AND SUPPORTING DECLARATION**
200721jApp   Page 7

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1       28.      My standard rate of compensation for the relevant time period is set forth below.

2 That from the time of being appointed by the trustee until the date of this application I have spent

3 the following time on this matter:

| DATE | STANDARD HOURLY RATE | HOURS | AMOUNT |
|------|------|------|------|
| **RORY C. LIVESEY - ATTORNEY** | | | |
| January 1, 2018 through December 31, 2018 | $375.00 | 13.40 | $ 5,025.00 |
| January 1, 2018 through December 31, 2018 | $375.00 | 0.60 - N/B | $ 0.00 |
| January 1, 2019 through December 31, 2019 | $385.00 | 54.60 | $ 21,021.00 |
| January 1, 2019 through December 31, 2019 | $385.00 | 1.20 - N/B | $ 0.00 |
| January 1, 2020 through December 31, 2020 | $385.00 | 33.00 | $ 12,705.00 |
| January 1, 2020 through December 31, 2020 | $385.00 | 1.20 - N/B | $ 0.00 |
| January 1, 2021 through date of this application | $385.00 | 5.20 | $ 2,002.00 |
| January 1, 2021 through date of this application | $385.00 | 3.80 - N/B | $ 0.00 |
| Subtotal for attorney: | | | $ 40,753.00 |
| **PATRICIA K. JOHNSON - LEGAL ASSISTANT** | | | |
| January 1, 2019 through December 31, 2019 | $155.00 | 0.20 | $ 31.00 |
| Subtotal for legal assistant: | | | $ 31.00 |
| TOTAL: | | | $ 40,784.00 |

24 That $40,784.00 is a reasonable fee in this matter. The billing statements are attached hereto and

25 incorporated herein by this reference.

**APPLICATION BY ATTORNEY FOR
TRUSTEE FOR COMPENSATION
AND SUPPORTING DECLARATION**
200721jApp   Page 8

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

29. My firm has incurred several costs in the course of representing the trustee as

2 follows:

| ITEM | | AMOUNT |
|------|------|--------|
| a. | Copies | $ 4.50 |
| b. | Special Postage | $ 1.55 |
| c. | Pacer Charges | $ 37.60 |
| d. | Costs to Mail Final Notice | $ 42.55 |
| | TOTAL: | $ 86.20 |

9 30. The amount of unencumbered funds in the estate is approximately $137,000.

10 31. The type and amount of other claims with a priority equal to or higher than those of

11 the applicant are as follows: Nancy L. James, the trustee, Manish Borde, special counsel for the

12 trustee, and Richard N. Ginnis, the trustee's accountant.

13 DATED this 10th day of August, 2021.

*/S/ Rory C. Livesey*

Rory C. Livesey

**APPLICATION BY ATTORNEY FOR**
**TRUSTEE FOR COMPENSATION**
**AND SUPPORTING DECLARATION**
200721jApp Page 9

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 18-12299-CMA Doc 228 Filed 09/30/21 Ent. 09/30/21 09:26:19 Pg. 9 of 41

James, Nancy

James/Woehler, Jason L.

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 11/01/2018 | | | | | |
| | RCL | Telephone conference with trustee re: background (0.4); Review schedules and amended schedules (0.6); Prepare declaration of no adverse interest (0.2); Research re: Section 348 and conversion (0.6) | 1.80 | GA | |
| 11/02/2018 | | | | | |
| | RCL | Conference with trustee re: Chapter 13 | 0.20 | GA | |
| | RCL | Telephone conference with trustee re: employing realtor | 0.20 | R | N/C |
| 11/03/2018 | | | | | |
| | RCL | Prepare email to trustee re: employment | 0.20 | GA | |
| 11/05/2018 | | | | | |
| | RCL | Telephone conference with trustee re: 341 meeting (0.2); Telephone conference with trustee re: schedules (0.2); Review Chapter 13 schedules (0.6); Continue research re: Section 348(f) (1.0); Prepare email to trustee re: schedules and debtor's funds in bank account on conversion (0.2) | 2.20 | GA | |
| 11/07/2018 | | | | | |
| | RCL | Review debtor's tax return (0.2); Prepare email to trustee re: same and continued 341 meeting (0.2) | 0.40 | GA | |
| 11/08/2018 | | | | | |
| | RCL | Telephone conference with trustee re: creditors' meeting and real property | 0.40 | GA | |

James/Woehler, Jason L.

| Date | | Description | | |
|---|---|---|---|---|
| 11/15/2018 | | | | |
| | RCL | Telephone conference with trustee re: debtor's residence (0.2); Prepare email to same re: employment (0.2) | 0.40 | R .2 G8 .2 |
| 11/16/2018 | | | | |
| | RCL | Telephone conference with trustee re: residence | 0.20 | 𝄢 |
| 11/21/2018 | | | | |
| | RCL | Listen to 341 recording re: debtor's bank accounts | 0.60 | G8 |
| 11/27/2018 | | | | |
| | RCL | Telephone conference with trustee re: claims against employer (0.2); Telephone conference with trustee re: exemptions (0.2) | 0.40 | G A |
| | RCL | Prepare email to trustee re: employment of realtor | 0.20 𝄢 N/C | |
| 11/30/2018 | | | | |
| | RCL | Telephone conference with trustee re: residence | 0.20 | 𝄢 |
| 12/03/2018 | | | | |
| | RCL | Telephone conference with trustee re: show cause hearing for failure to file post-conversion schedules (0.2); Review Chapter 13 docket (0.2) | 0.40 | G A |
| 12/04/2018 | | | | |
| | RCL | Review Brandt response to order to show cause (0.4); Review district court opinion in Brandt v. Woehler (0.8) Telephone conference with trustee re: show cause (0.2); | 1.40 | CA |
| 12/05/2018 | | | | |
| | RCL | Conference with trustee re: order to show cause (0.2); Prepare response to order to show cause (0.2); Telephone conference with Sam Leonard, attorney for creditor Brandt, re: Brandt litigation (0.4) | 0.80 | CA |
| 12/06/2018 | | | | |
| | RCL | Telephone conference with trustee re: creditor information | 0.20 | GA |

James/Woehler, Jason L.

| Date | | Description | | |
|---|---|---|---|---|
| 12/07/2018 | RCL | Conference with James Dickmeyer, attorney for debtor, re: various matters (0.2); Prepare email to U.S. Trustee's Office re: debtor's 2004 examination (0.2) | 0.40 | *GA* |
| | RCL | Review subpoena for debtor's 2004 examination (0.1); Prepare email to U.S. Trustee's Office re: same (0.1); Prepare email to trustee re: show cause hearing and 2004 examination (0.2) | 0.40 | *GA* |
| 12/10/2018 | RCL | Telephone conference with trustee re: U.S. Trustee's 2004 examination of the debtor | 0.20 | *GA* |
| 12/11/2018 | RCL | Prepare email to James Dickmeyer re: Sacor contract | 0.20 | *GA* |
| 12/19/2018 | RCL | Prepare email to Hilary Mohr re: debtor's 2004 examination | 0.20 | *GA*  N/C |
| | RCL | Email exchange with trustee re: debtor's 2004 examination (0.4); Telephone conference with trustee re: same (0.2) | 0.60 | *GA* |
| 12/21/2018 | RCL | Review Brandt complaint (0.6); Review files and schedules (0.6); Listen to creditors' meeting recording re: Brandt complaint (0.4) | 1.60 | *GA* |
| 12/27/2018 | RCL | Telephone conference with trustee re: debtor's 2004 examination | 0.20 | *GA* |
| | | FOR CURRENT SERVICES RENDERED | 13.40 | 5,025.00 |
| | | Total Non-Billable Hours | 0.60 | |

James/Woehler, Jason L.

|                    |           |
| ------------------ | --------- |
| Pacer Charges      | 17.20     |
| TOTAL ADVANCES     | 17.20     |
|                    |           |
| BALANCE DUE        | $5,042.20 |

Rory C. Livesey - $375.00/hr
Patricia K. Johnson - $150.00/hr

James, Nancy

James/Woehler, Jason L.

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | $ 5,042.20 | |
| | | | HOURS | |
| 01/03/2019 | | | | |
| | RCL | Telephone conference with trustee re: real property | 0.20 | R |
| 01/09/2019 | | | | |
| | RCL | Telephone conference with trustee re: deadline to file claims (0.2); Prepare email to Hilary Mohr re: same (0.2); Prepare email to trustee re: extension to file discharge complaints (0.2) | 0.60 | GA |
| | RCL | Prepare email to James Dickmeyer re: complaint deadline (0.2); Prepare email to James Dickmeyer re: same (0.2) | 0.40 | GA |
| 01/10/2019 | | | | |
| | RCL | Prepare email to Hilary Mohr re: extending complaint deadline (0.2); Prepare email to James Dickmeyer re: same (0.2) | 0.40 | GA |
| | RCL | Prepare stipulated motion and order re: extension of complaint deadline (0.4); Email exchange with James Dickmeyer re: same (0.4) | 0.80 | GA |
| 01/11/2019 | | | | |
| | RCL | Prepare email to Hilary Mohr re: extension of complaint deadline | 0.20 | GA |

James/Woehler, Jason L.

| Date | | Description | Hours | |
|---|---|---|---|---|
| 01/15/2019 | | | | |
| | RCL | Prepare email to Hilary Mohr re: order extending discharge (0.2); Telephone conference with trustee re: claim against former employee (0.2) | 0.40 | *GA* |
| 01/17/2019 | | | | |
| | RCL | Telephone conference with trustee re: real property | 0.20 | *R* |
| 01/18/2019 | | | | |
| | RCL | Prepare email to Manish Borde, special counsel, re: background on possible claim against debtor's employer | 0.20 | *CA* |
| 01/21/2019 | | | | |
| | RCL | Prepare email to Manish Borde re: claim against debtor's employer | 0.20 | *CA* |
| 01/28/2019 | | | | |
| | RCL | Telephone conference with trustee re: debtor's 2004 examination | 0.20 | *GA* |
| 01/31/2019 | | | | |
| | RCL | Telephone conference with trustee re: equity in debtor's residence | 0.20 | *R* |
| 02/01/2019 | | | | |
| | RCL | Telephone conference with Hilary Mohr re: extending discharge date and debtor's 2004 examination (0.4); Prepare email to Hilary Mohr re: same (0.2) | 0.60 | *CL* |
| 02/04/2019 | | | | |
| | RCL | Telephone conference with trustee re: various matters | 0.40 | *GA* |
| 02/06/2019 | | | | |
| | RCL | Prepare email to Rik Jones, trustee's real estate agent, re: occupants in debtor's condominium (0.2); Review files re: condominium (0.4); Prepare email to James Dickmeyer re: sale of equity (0.4) | 1.00 | *R* |

James/Woehler, Jason L.

| | | | |
|---|---|---|---|
| | RCL | Prepare email to trustee re: condo (0.2); Telephone conference with trustee re: real property (0.2) | 0.40 |
| 02/12/2019 | RCL | Telephone conference with trustee re: artwork | 0.20 |
| 02/13/2019 | RCL | Review adversary file (0.1); Telephone conference with trustee re: same (0.1) | 0.20 |
| 02/19/2019 | RCL | Telephone conference with trustee re: artwork | 0.20 |
| 02/22/2019 | RCL | Prepare email to James Dickmeyer re: residence | 0.20 |
| 02/26/2019 | RCL | Prepare email to James Dickmeyer re: debtor's interest in purchasing equity in real property (0.2); Telephone conference with trustee re: residence (0.2); Telephone conference with Manish Borde re: indemnity claim (0.2) | 0.60 |
| 02/27/2019 | RCL | Telephone conference with Sam Leonard re: Sacor Financial claim (0.2); Prepare email to Manish Borde re: additional information on Sacor claim (0.2); Prepare email to James Dickmeyer re: meeting with debtor on same (0.2) | 0.60 |
| 02/28/2019 | RCL | Telephone conference with trustee re: various matters (0.4); Email exchange with Manish Borde re: meeting with debtor (0.4); Email exchanges with James Dickmeyer re: meeting with debtor (0.4) | 1.20 |
| 03/05/2019 | RCL | Prepare email to James Dickmeyer re: meeting with debtor (0.1); Prepare email to Manish Borde re: same (0.1) | 0.20 |

James/Woehler, Jason L.

**03/06/2019**

RCL    Telephone conference with trustee re: claims against Sacor
Financial (0.2); Telephone conference with Richard Ginnis,
trustee's accountant, re: same (0.2)    0.40  GA

**03/07/2019**

RCL    Email exchange with Sam Leonard re: Sacor Financial claim    0.40  GA

**03/08/2019**

RCL    Prepare for and attend meeting with debtor, James Dickmeyer
and Manish Borde    2.00  GA

PKJ    Prepare email to Manish Borde re: debtor's schedules    0.20  GA

**03/11/2019**

RCL    Telephone conference with trustee re: Sacor claim and
claims filed in case (0.2); Prepare email to Manish Borde re:
lack of Sacor claim in bankruptcy case (0.2)    0.40  GA

**03/12/2019**

RCL    Prepare email to trustee re: Sacor claim    0.20  GA  N/C

RCL    Telephone conference with trustee re: Sacor claim    0.20  GA

**03/15/2019**

RCL    Telephone conference with Manish Borde re: indemnity
claim (0.2); Prepare email to James Dickmeyer re:
status of Wales & Woehler (0.2)    0.40  GA

**03/19/2019**

RCL    Telephone conference with trustee re: Sacor claim    0.20  GA

**03/21/2019**

RCL    Email exchange with James Dickmeyer re: various matters    0.40  GA

**03/27/2019**

RCL    Prepare email to Hilary Mohr re: 2004 examination of the
debtor    0.20  GA

James/Woehler, Jason L.

| Date | | Description | | |
|---|---|---|---|---|
| 03/28/2019 | | | | |
| | RCL | Review email from Sam Leonard re: residence and respond to same | 0.20 | R |
| 03/29/2019 | | | | |
| | RCL | Telephone conference with trustee re: debtor's 2004 examination | 0.20 | GA |
| 04/02/2019 | | | | |
| | RCL | Telephone conference with trustee re: residence | 0.20 | R |
| 04/03/2019 | | | | |
| | RCL | Research re: Section 328 (0.8); Review special counsel's proposal (0.2); Telephone conference with special counsel re: same (0.4) | 1.40 | GA |
| 04/05/2019 | | | | |
| | RCL | Prepare email to James Dickmeyer re: residence | 0.20 | R |
| 04/10/2019 | | | | |
| | RCL | Telephone conference with trustee re: special counsel and U.S. Trustee's 2004 examination of debtor | 0.20 | GA |
| | RCL | Prepare email to Manish Borde re: fee agreement | 0.20 GA | N/C |
| | RCL | Prepare email to Hilary Mohr re: debtor's 2004 examination | 0.20 GA | N/C |
| 04/11/2019 | | | | |
| | RCL | Review email from Hilary Mohr re: 2004 examination and respond to same (0.2); Telephone conference with trustee re: same (0.2); Prepare for and attend debtor's 2004 examination at the U.S. Trustee's Office (3.0) | 3.40 | GA |
| 04/12/2019 | | | | |
| | RCL | Prepare email to Hilary Mohr re: post-petition payments | 0.20 | GA |
| 04/16/2019 | | | | |
| | RCL | Telephone conference with trustee re: debtor's 2004 examination | 0.20 | GA |

James/Woehler, Jason L.

04/29/2019
RCL    Telephone conference with trustee re: residence (0.2);
Prepare email to James Dickmeyer re: same (0.2)    0.40  *R*

05/02/2019
RCL    Review special counsel's proposed fee agreement (0.2);
Telephone conference with Manish Borde re: same (0.2)    0.40  *GA*

05/06/2019
RCL    Telephone conference with trustee re: residence    0.20  *R*

05/08/2019
RCL    Telephone conference with Manish Borde re: motion to
employ (0.2); Review email from Manish Borde re: declaration
in support of motion to employ and respond to same (0.2)    0.40  *GA*

05/10/2019
RCL    Telephone conference with trustee re: access to residence (0.2);
Email exchange with trustee re: same (0.4)    0.60  *R*

05/13/2019
RCL    Telephone conference with trustee re: access to real property (0.2);
Prepare email to James Dickmeyer re: same (0.2); Review email
from Sam Leonard and respond to same re: status (0.2)    0.60  *R.4*
*GA .2*

RCL    Prepare notice, motion and order to employ special counsel (1.0);
Telephone conference with Rik Jones re: access to real
property (0.2)    1.20  *CA1.0*
*R.2*

RCL    Prepare email to Manish Borde re: motion to employ special
counsel    0.20  *GA*

05/14/2019
RCL    Prepare email to James Dickmeyer re: residence (0.2);
Review email from Manish Borde re: employment and respond
to same (0.2); Telephone conference with Manish Borde
re: same (0.2)    0.60  *R.2*
*CA.4*

James/Woehler, Jason L.

| | | | |
|---|---|---|---|
| RCL | Telephone conference with James Dickmeyer re: residence (0.2); Review title report (0.2); Prepare email to Manish Borde re: employment (0.2) | 0.60 | R.4 GI.2 |
| 05/15/2019 | | | |
| RCL | Prepare email to Hilary Mohr re: employing special counsel (0.2); Prepare email to Manish Borde re: Sacor agreement (0.2) | 0.40 | GI |
| RCL | Review email from Manish Borde re: Wales & Woehler and respond to same (0.2); Telephone conference with trustee re: residence (0.2) | 0.40 | GI.2 R.2 |
| 05/16/2019 | | | |
| RCL | Prepare email to Sam Leonard re: debtor's contract with Sacor | 0.20 | GI |
| 05/21/2019 | | | |
| RCL | Prepare email to Rik Jones re: access to house and declaration (0.2); Telephone conference with trustee re: same (0.2) | 0.40 | R |
| 05/31/2019 | | | |
| RCL | Telephone conference with trustee re: residence (0.2); Prepare email to agent re: marketing (0.2); Prepare email to James Dickmeyer re: Sacor (0.2) | 0.60 | R.4 GI.2 |
| RCL | Prepare email to Hilary Mohr re: Wales & Woehler 2004 examination | 0.20 | GI   N/C |
| 06/01/2019 | | | |
| RCL | Prepare notice, motion and order directing debtor to turn over real property of the estate (1.0); Prepare declaration of Rory Livesey in support of same (0.2); Prepare declaration of agent in support of same (0.2) | 1.40 | R |
| 06/03/2019 | | | |
| RCL | Prepare email to U.S. Trustee re: Wales & Woehler (0.2); Review and revise motion for turnover (0.4) | 0.60 | GI.2 R.4 |

James/Woehler, Jason L.

06/04/2019
RCL    Prepare email to Rik Jones re: motion for turnover and
his declaration (0.2); Review and revise motion for
turnover (0.4); Finalize motion for turnover (0.2)          0.80    R

06/05/2019
RCL    Telephone conference with Manish Borde re: employment       0.20    GA

RCL    Telephone conference with trustee re: employment of special
counsel                                                    0.20    GA    N/C

06/06/2019
RCL    Telephone conference with Hilary Mohr re: status            0.20    GA

06/07/2019
RCL    Telephone conference with Manish Borde re: Sacor claim      0.20    GA

06/08/2019
RCL    Prepare email to Manish Borde re: proposed order to employ
special counsel                                            0.20    GA

06/10/2019
RCL    Prepare email to Manish Borde re: employment                0.20    GA    N/C

06/17/2019
RCL    Telephone conference with trustee re: debtor's discharge and
turnover motion                                            0.20    GA

06/18/2019
RCL    Telephone conference with trustee re: motion for turnover (0.2);
Telephone conference with Manish Borde re: indemnification
claim (0.2)                                                0.40    R.2 GA.2

06/19/2019
RCL    Email exchange with special counsel re: Sacor claim         0.40    GA

06/21/2019
RCL    Telephone conference with trustee re: motion for turnover (0.2);
Review debtor's response to motion for turnover (0.2)      0.40    R

James/Woehler, Jason L.

06/24/2019
    RCL    Telephone conference with trustee re: reply to response to
    motion for turnover of real property (0.2); Prepare reply (0.2)    0.40

06/25/2019
    RCL    Telephone conference with trustee re: motion for turnover (0.2);
    Prepare email to trustee re: same (0.2)    0.40

06/26/2019
    RCL    Telephone conference with trustee re: motion for turnover (0.2);
    Prepare email to James Dickmeyer re: same (0.2); Prepare email
    to James Dickmeyer re: listing (0.2)    0.60

    RCL    Prepare email to Sam Leonard re: motion for turnover (0.2);
    Telephone conference with Sam Leonard re: same (0.2);
    Prepare email to Manish Borde re: providing Brandt's attorney
    contract with Sacor (0.2)    0.60

    RCL    Review title report (0.2); Prepare email to agent re: same (0.2);
    Prepare email to James Dickmeyer re: Wales deed of trust (0.2)    0.60

06/27/2019
    RCL    Prepare email to James Dickmeyer re: Wales deed of trust    0.20

06/28/2019
    RCL    Telephone conference with Manish Borde re: Sacor claim (0.2);
    Telephone conference with trustee re: same and residence (0.2)    0.40

07/15/2019
    RCL    Prepare email to trustee re: Brandt subpoena to trustee    0.20

07/17/2019
    RCL    Telephone conference with Sam Leonard re: subpoena    0.20

07/18/2019
    RCL    Prepare email to Manish Borde re: Sacor 2004 examination (0.2);
    Prepare email to Rik Jones re: debtor's cooperation (0.2)    0.40

James/Woehler, Jason L.

| | | | |
|---|---|---|---|
| | RCL | Telephone conference with Manish Borde re: Sacor claim | 0.20 |
| 07/20/2019 | RCL | Prepare email to trustee re: inquiry from consumer bar representative | 0.20 |
| 07/22/2019 | RCL | Prepare email to Christina Henry re: consumer bar inquiry (0.2); Review email from Manish Borde re: 2004 examination and respond to same (0.2) | 0.40 |
| | RCL | Telephone conference with trustee re: occupants of residence | 0.20 |
| 08/01/2019 | RCL | Prepare email to Manish Borde re: Sacor claim (0.2); Prepare email to Sam Leonard re: subpoena (0.2); Prepare letter to Sacor Financial re: subpoena (0.2) | 0.60 |
| | RCL | Telephone conference with trustee re: Sacor claim | 0.20 |
| 08/08/2019 | RCL | Telephone conference with Manish Borde re: Sacor claim | 0.20 |
| 08/12/2019 | RCL | Telephone conference with trustee re: residence | 0.20 |
| 08/15/2019 | RCL | Review Sacor agreement (0.2); Prepare email to Manish Borde re: turnover of agreement to Brandt's attorney (0.2); Prepare email to Sam Leonard re: same (0.2) | 0.60 |
| | RCL | Telephone conference with trustee re: Sacor contract | 0.20 |
| 08/19/2019 | RCL | Prepare email to Sam Leonard re: Sacor agreement | 0.20 |

James/Woehler, Jason L.

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/21/2019 | RCL | Prepare email to James Dickmeyer re: purchasing equity in house and status of sale | 0.20 | R |
| 08/26/2019 | RCL | Telephone conference with trustee re: debtor's interest in purchasing residence | 0.20 | R |
| 08/27/2019 | RCL | Telephone conference with Manish Borde re: Sacor claim | 0.20 | GA |
| 08/28/2019 | RCL | Telephone conference with trustee re: debtor's residence | 0.20 | R |
| 09/02/2019 | RCL | Prepare email to James Dickmeyer re: sale of residence | 0.20 | R |
| 09/03/2019 | RCL | Telephone conference with Manish Borde re: 2004 examination of Sacor (0.2); Prepare email to James Dickmeyer re: residence (0.2); Telephone conference with trustee re: same (0.2) | 0.60 | GA.2 R.4 |
| 09/10/2019 | RCL | Review Sacor emails (0.1); Review docket (0.1) | 0.20 | GA |
| 09/11/2019 | RCL | Prepare email to Manish Borde re: Sacor claim (0.2); Research re: setoffs and expiring judgments (0.4); Prepare email to Manish Borde re: same (0.2) | 0.80 | GA |
| 09/16/2019 | RCL | Email exchange with Rik Jones re: debtor buying equity in real property (0.4); Telephone conference with Manish Borde re: Sacor claim (0.2); Prepare email to James Dickmeyer re: real property (0.2) | 0.80 | R.6 GA.2 |

James/Woehler, Jason L.

| Date | | Description | Hours | |
|---|---|---|---|---|
| 09/18/2019 | RCL | Review reply to motion for 2004 examination of Sacor (0.2); Review Sacor setoffs (0.2) | 0.40 | GA |
| 09/20/2019 | RCL | Telephone conference with Manish Borde re: Sacor claim (0.2); Preliminary claims review (0.4); Review Anglin documents (0.4) | 1.00 | GA |
| 09/23/2019 | RCL | Prepare email to Manish Borde re: Sacor 2004 examination | 0.20 | GA |
| 09/30/2019 | RCL | Telephone conference with Manish Borde re: debtor's use of Wales & Woehler (0.2); Review schedules (0.2); Prepare email to James Dickmeyer re: residence (0.2) | 0.60 | GA.4 R.2 |
| | RCL | Prepare email to Manish Borde re: possible receivables | 0.20 | GA |
| 10/01/2019 | RCL | Telephone conference with trustee re: residence | 0.20 | R |
| 10/04/2019 | RCL | Prepare email to agent re: access to real property (0.2); Prepare email to James Dickmeyer re: same (0.2) | 0.40 | R |
| 10/05/2019 | RCL | Prepare email to James Dickmeyer re: access to property | 0.20 | R |
| 10/09/2019 | RCL | Prepare email to trustee re: Sacor claim and debtor's failure to renew objections | 0.20 | GA |
| 10/11/2019 | RCL | Prepare email to agent re: possible offer on real property (0.2); Prepare email to James Dickmeyer re: same (0.2) | 0.40 | R |
| 10/15/2019 | RCL | Prepare email to James Dickmeyer re: debtor purchasing equity in real property | 0.20 | R |

James/Woehler, Jason L.


10/29/2019
RCL     Telephone conference with Manish Borde re: Sacor
        discovery                                                    0.20   G&

11/05/2019
RCL     Prepare email to James Dickmeyer re: debtor's intention
        re: residence (0.2); Prepare email to agent re: same (0.2)   0.40   R

11/11/2019
RCL     Telephone conference with trustee re: offer to purchase
        estate assets (0.2); Review same (0.2)                       0.40   R

11/12/2019
RCL     Telephone conference with Manish Borde re: Sacor
        discovery response (0.2); Telephone conference with          0.40   G&.2
        trustee re: offer on residence (0.2)                                R.2

11/15/2019
RCL     Review offer on residence (0.2); Prepare email to trustee re:
        same (0.2); Prepare email to agent re: same (0.2)            0.60   R

RCL     Prepare notice, motion and order re: sale of real property (0.8);
        Prepare declaration in support of same (0.2)                 1.00   R

11/16/2019
RCL     Prepare email to James Dickmeyer re: sale of real property   0.20   R

11/18/2019
RCL     Telephone conference with trustee re: offer on real property 0.20   R

11/20/2019
RCL     Prepare email to James Dickmeyer re: offer on residence (0.2);
        Prepare email to agent re: same (0.2)                        0.40   R

11/22/2019
RCL     Telephone conference with trustee re: terms of latest offer on
        residence (0.2); Review email from Sam Leonard and respond to 0.40  R.2
        same re: status (0.2)                                               G&.2

11/26/2019

James/Woehler, Jason L.

| | | | |
|---|---|---|---|
| | RCL | Prepare email to trustee re: debtor's offer on residence (0.2); Prepare email to James Dickmeyer re: same (0.2) | 0.40 |
| 11/27/2019 | RCL | Telephone conference with trustee re: debtor's offer to purchase residence (0.2); Prepare email to Sam Leonard re: request for update (0.2) | 0.40 |
| 11/30/2019 | RCL | Prepare email to Sam Leonard re: debtor's residence | 0.20 |
| 12/02/2019 | RCL | Prepare email to Sam Leonard re: offer by debtor to purchase residence | 0.20 |
| 12/03/2019 | RCL | Prepare email to James Dickmeyer re: debtor's offer to purchase residence | 0.20 |
| 12/04/2019 | RCL | Telephone conference with trustee re: motion to sell residence | 0.20 |
| 12/06/2019 | RCL | Prepare email to debtor's counsel re: sale of equity in debtor's residence back to debtor (0.2); Prepare email to debtor's counsel re: Brandt judgment (0.2) | 0.40 |
| 12/13/2019 | RCL | Email exchange with Sam Leonard re: sale of residence back to debtor (0.4); Conference with Sam Leonard re: sale and Brandt's discharge action against the debtor (0.2) | 0.60 |
| 12/19/2019 | RCL | Conference with trustee and Manish Borde re: pursuit of Sacor claim | 0.40 |

James/Woehler, Jason L.

| | | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 54.80 | 21,052.00 |
| Total Non-Billable Hours | 1.20 | |

| | |
|---|---|
| Photocopies | 4.50 |
| Special Postage | 1.55 |
| Pacer Charges | <u>16.40</u> |
| TOTAL ADVANCES | 22.45 |

| | |
|---|---|
| BALANCE DUE | <u>$26,116.65</u> |

Rory C. Livesey - $385.00/hr
Patricia K. Johnson - $155.00/hr

James, Nancy

James/Woehler, Jason L.

|  | PREVIOUS BALANCE | $ 26,116.65 |
|---|---|---|

HOURS

**01/02/2020**

RCL — Prepare email to Sam Leonard, attorney for Russell Brandt, re: sale of debtor's residence back to debtor (0.1); Prepare email to James Dickmeyer, debtor's attorney, re: same (0.2) — 0.30 R

RCL — Prepare email to trustee re: creditor's request for 4002 documents — 0.10

**01/03/2020**

RCL — Telephone conference with Sam Leonard re: possible undisclosed asset (0.2); Telephone conference with trustee re: same (0.2) — 0.40

**01/04/2020**

RCL — Prepare notice, motion and order re: sale of equity in debtor's residence back to debtor (0.8); Prepare declaration for debtor (0.2); Prepare declaration of trustee in support of sale (0.2) — 1.20 R

RCL — Prepare email to Sam Leonard re: sale of equity in residence back to debtor — 0.20 R

**01/06/2020**

RCL — Telephone conference with trustee re: sale of equity back to debtor — 0.20 R

James/Woehler, Jason L.

01/07/2020
    RCL    Telephone conference with James Dickmeyer re: sale of
          equity in residence back to debtor (0.2); Telephone
          conference with trustee re: possible undisclosed assets (0.2)    0.40

01/09/2020
    RCL    Prepare email to Sam Leonard re: Sacor Financial agreement and
          confidentiality provision    0.20

01/10/2020
    RCL    Review email from realtor regarding declaration for realtor
          proposed by Brandt's attorney in support of Brandt's motion
          for summary judgment in discharge action and respond to same (0.3);
          Review summary judgment motions filed by defendant and plaintiff
          in adversary proceeding (0.4)    0.70

    RCL    Telephone conference with trustee re: Brandt's overtures to
          trustee's realtor (0.2); Prepare email to agent re: same (0.1)    0.30

01/22/2020
    RCL    Prepare email to Sam Leonard re: sale of residence to debtor
          and source of funds (0.2); Prepare email to trustee re: sale of
          equity in house and declaration in support of same (0.2)    0.40

    RCL    Prepare email to Jim Dickmeyer re: sale of equity in
          residence back to the debtor and declaration in support of
          same    0.20

01/28/2020
    RCL    Telephone conference with trustee re: sale of residence back
          to debtor (0.2); Prepare email to James Dickmeyer re:
          debtor's declaration in support of sale (0.2)    0.40

01/29/2020
    RCL    Prepare email to James Dickmeyer re: debtor's declaration in
          support of motion to sell real property    0.20

James/Woehler, Jason L.

|  |  |  |  |  |
|---|---|---|---|---|
| RCL | Prepare email to James Dickmeyer re: hearing date for motion for sale of real property | 0.20 | R | N/C |

01/30/2020
RCL  Finalize motion authorizing sale of residence back to debtor (0.1); Review email from Sam Leonard re: same and respond (0.2); Prepare email to Manish Borde re: Sacor Financial claim and impact of Brandt discharge action on estate administration (0.2)  0.50  R·1 / GL·4

RCL  Telephone conference with trustee re: status of motion for sale of real property back to the debtor  0.10

02/03/2020
RCL  Review email from Hilary Mohr re: motion for sale of residence back to debtor and respond to same  0.20

02/07/2020
RCL  Review email from James Dickmeyer re: liens against residence and respond to same  0.20

02/08/2020
RCL  Review email from James Dickmeyer with inquiries about title report and respond to same (0.1); Prepare email to Rik Jones re: inquiries by James Dickmeyer (0.1)  0.20

02/12/2020
RCL  Review debtor's motion to avoid lien on homestead property  0.20

02/17/2020
RCL  Review email from James Dickmeyer re: trustee as witness in Section 523 action and respond to same (0.1); Prepare email to trustee re: same (0.1)  0.20

02/18/2020
RCL  Telephone conference with trustee re: being a witness in the Brandt/Woehler litigation  0.20

James/Woehler, Jason L.

02/20/2020
RCL   Prepare letter to Daryl King, debtor's lender, re: sale of
      equity in residence and declaration re: source of funds (0.2);
      Prepare declaration for Daryl King re: source of funds (0.2);
      Prepare email to James Dickmeyer re: hearing on sale of
      equity (0.1); Review email from same and respond (0.1)          0.60   R

02/21/2020
RCL   Review Brandt adversary documents (trustee may be a
      witness ) (0.4); Telephone conference with James
      Dickmeyer re: same (0.2); Prepare email to Kelly
      Sutherland, attorney for Mr. Cooper, re: response to
      motion for sale (0.2)                                           0.80   GA .6
                                                                             R .2

02/22/2020
RCL   Prepare email to James Dickmeyer re: responses to motion
      for sale of real property (0.2); Prepare reply to three
      responses to motion for sale (0.4); Prepare declaration of
      James Dickmeyer re: same (0.2)                                  0.80   R

02/24/2020
RCL   Email traffic re: declarations in support of motion for sale (0.6);
      Telephone conference with trustee re: motion for sale (0.2)     0.80   R

RCL   Prepare email to James Dickmeyer re: revised declaration in
      support of sale (0.2); Prepare email to Kelly Sutherland re:
      motion for sale (0.2); Prepare email to James Dickmeyer re:
      trustee's testimony in Brandt adversary (0.2)                   0.60   R .4
                                                                             GA .2

02/25/2020
RCL   Review declaration for trustee from debtor's counsel re:
      Brandt adversary proceeding (0.1); Prepare email to
      trustee re: same (0.2); Prepare email to James Dickmeyer
      re: same (0.1)                                                  0.40   GA

02/26/2020
RCL   Prepare email to Sam Leonard re: possible agreed order on
      sale (0.2); Prepare email to James Dickmeyer re: possible
      agreed order on sale (0.2)                                      0.40   GA .2
                                                                             R .2

James/Woehler, Jason L.

02/27/2020
RCL    Prepare email to James Dickmeyer re: agreed order on sale (0.2);
       Email traffic re: agreed order (0.3); Prepare revised order of
       sale (0.1)                                                          0.60  ℛ

RCL    Telephone conference with trustee re: sale of residence back
       to debtor and trustee's declaration in adversary proceeding         0.20  ℛ

RCL    Prepare email to James Dickmeyer re: declaration for trustee
       in adversary proceeding                                             0.20  6ƌ   N/C

RCL    Prepare email to counsel re: order on sale                         0.20  ℛ    N/C

RCL    Prepare email to James Dickmeyer re: instructions for
       payment of sale proceeds                                           0.20  ℛ

03/04/2020
RCL    Review email from Sam Leonard re: prospective distribution
       to creditors and respond to same (0.2); Prepare email to
       trustee re: being on witness list for Brandt adversary
       proceeding against Woehler (0.2)                                    0.40  6ƌ

03/05/2020
RCL    Telephone conference with Mike Harris, attorney for
       interested party, re: status                                       0.20  6ƌ

03/06/2020
RCL    Conference with Sam Leonard re: status of case                     0.20  6ƌ   N/C

RCL    Telephone conference with trustee re: remaining assets
       and administration of case (0.2); Prepare email to James
       Dickmeyer re: same (0.2)                                           0.40  6ƌ

03/09/2020
RCL    Telephone call from James Dickmeyer re: Brandt adversary
       proceeding and remaining assets in case                           0.20  6ƌ

James/Woehler, Jason L.

03/10/2020
    RCL    Telephone conference with Manish Borde re: debtor's request
         to abandon Sacor Financial claim (0.2); Telephone conference with
         trustee re: same (0.2)                                0.40  *GA*

    RCL    Telephone conference with trustee re: exemption in art
         work (0.2); Review files re: post-petition payments (0.4);
         Telephone conference with trustee re: same (0.2)           0.80  *GA*

03/12/2020
    RCL    Prepare email to trustee re: securing sale proceeds and
         abandonment of real property (0.2); Prepare notice of
         abandonment (0.2)                                  0.40  *R*

03/16/2020
    RCL    Telephone conference with trustee re: receipt of settlement
         proceeds and abandoning real property              0.20  *R*

03/18/2020
    RCL    Review email from Sam Leonard re: my being called as a
         witness in Brandt adversary proceeding and respond to same    0.20  *GA*

03/19/2020
    RCL    Telephone conference with trustee re: being a witness in the
         Brandt adversary proceeding                    0.20  *GA*

03/30/2020
    RCL    Review email from Manish Borde re: conference call and
         respond to same                              0.10  *GA*

04/01/2020
    RCL    Conference call with trustee and Manish Borde re:
         settlement status with Sacor Financial              0.40  *GA*

    RCL    Prepare email to James Dickmeyer re: trial date         0.20  *GA*  N/C

04/04/2020
    RCL    Email traffic re: Sacor Financial agreement           0.40  *GA*

James/Woehler, Jason L.

| Date | | Description | Hours | |
|------|------|-------------|-------|---|
| 04/06/2020 | RCL | Prepare email to special counsel re: Sacor Financial settlement | 0.20 | _GN_ |
| 04/08/2020 | RCL | Review exhibits to debtor's 2004 examination (0.4); Prepare email to James Dickmeyer re: post-petition payment (0.2) | 0.60 | _GA_ |
| 04/09/2020 | RCL | Prepare email to Manish Borde re: Sacor Financial settlement | 0.20 | _GA_ |
| 04/10/2020 | RCL | Prepare notice, motion and order to approve settlement with Sacor Financial (0.8); Prepare declaration of trustee in support of same (0.2); Telephone conference with Manish Borde re: settlement (0.2); Telephone conference with trustee re: settlement (0.2) | 1.40 | _GA_ |
| 04/13/2020 | RCL | Prepare email to trustee re: Sacor Financial settlement agreement (0.2); Review and revise motion to approve settlement and related documents (0.2); Prepare email to trustee re: settlement agreement (0.2) | 0.60 | _GA_ |
| | RCL | Telephone conference with trustee re: Sacor Financial settlement agreement (0.2); Prepare email to James Dickmeyer re: post-petition payment (0.2) | 0.40 | _GA_ |
| 04/16/2020 | RCL | Telephone conference with trustee re: art work | 0.20 | _GA_ |
| 04/21/2020 | RCL | Telephone call from Manish Borde re: Sacor Financial settlement | 0.20 | _GA_ |
| 04/30/2020 | RCL | Prepare email to James Dickmeyer re: post-petition transfer | 0.20 | _GA_ |

James/Woehler, Jason L.


05/01/2020
RCL     Telephone conference with trustee re: Sacor Financial settlement
motion and debtor's possible 2004 examination (0.2); Prepare
motion and order for debtor's 2004 examination (0.4)                    0.60    *GA*

05/04/2020
RCL     Email traffic re: motion to approve settlement with Sacor
Financial (0.6); Telephone conference with trustee re: same (0.2)       0.80    *GA*

RCL     Telephone call from Manish Borde re: motion to approve
Sacor Financial settlement                                             0.20    *GA*    N/C

05/05/2020
RCL     Email exchange with James Dickmeyer re: post-petition payment          0.40    *GA*

05/06/2020
RCL     Telephone conference with trustee re: post-petition payment           0.20    *GA*

05/08/2020
RCL     Telephone conference with trustee re: valuing artwork and
post-petition payment                                                  0.20    *GA*

05/12/2020
RCL     Prepare email to James Dickmeyer re: debtor's 2004
examination (0.2); Review email from Sam Leonard re:
2004 order and respond to same (0.2)                                   0.40    *GA*

05/13/2020
RCL     Telephone conference with trustee re: post-petition claim (0.2);
Review email from James Dickmeyer re: 2004 examination
of debtor and respond to same (0.2)                                    0.40    *GA*

05/14/2020
RCL     Review email from Sam Leonard re: 2004 examination of
debtor and respond to same (0.2); Telephone conference with
James Dickmeyer re: same (0.2); Telephone conference with
trustee re: post-petition payment (0.2)                                0.60    *GA*

James/Woehler, Jason L.

05/18/2020
RCL    Prepare email to trustee re: hearing on settlement with
Sacor Financial                                                    0.20  GA

05/19/2020
RCL    Prepare email to trustee re: order approving settlement with
Sacor Financial (0.1); Prepare interrogatories in lieu of
2004 examination of debtor (0.6)                                   0.70  CA

05/21/2020
RCL    Prepare email to James Dickmeyer re: interrogatories in
lieu of 2004 examination                                          0.20  CA

06/19/2020
RCL    Prepare email to James Dickmeyer re: response to
interrogatories                                                   0.20  CA

06/22/2020
RCL    Telephone conference with trustee re: post-petition payment   0.20  GA

06/30/2020
RCL    Review debtor's response to interrogatories (0.4); Prepare
email to trustee re: same (0.2); Telephone conference with
trustee re: post-petition payment (0.2)                           0.80  GA

RCL    Review email from Sam Leonard re: post-petition payment
and respond to same (0.2); Prepare email to trustee re: closing
case (0.2)                                                        0.40  GA

07/07/2020
RCL    Review email from Sam Leonard re: Ballatan payment and
respond to same (0.2); Telephone conference with trustee re:
Anglin claim objection (0.2); Prepare email to James Sturdevant,
attorney for Anglin, re: claim objection (0.2)                    0.60  GA

07/08/2020
RCL    Telephone conference with trustee re: response from Anglin's
attorney regarding unliquidated claim                             0.20  GA

James/Woehler, Jason L.

| 07/21/2020 | | | |
|---|---|---|---|
| | RCL | Prepare email to trustee re: estate tax return | 0.20 |

| 09/16/2020 | | | |
|---|---|---|---|
| | RCL | Email exchange with Sam Leonard re: debtor's resignation from the Bar Association (0.2); Prepare email to trustee re: same (0.2) | 0.40 |

| 09/24/2020 | | | |
|---|---|---|---|
| | RCL | Telephone conference with trustee re: debtor's resignation from the Washington State Bar Association in lieu of discipline | 0.20 |

| 09/25/2020 | | | |
|---|---|---|---|
| | RCL | Review files re: closing (0.6); Begin work on fee application (0.8) | 1.40 |

| 10/13/2020 | | | |
|---|---|---|---|
| | RCL | Research re: Section 502(c) re: estimating unliquidated claims (0.6); Review Anglin unliquidated claim (0.4); Prepare email to trustee re: same (0.2) | 1.20 |

| 10/15/2020 | | | |
|---|---|---|---|
| | RCL | Telephone conference with Sam Leonard re: Anglin claims and debtor's possible insurance | 0.20 |

| 11/05/2020 | | | |
|---|---|---|---|
| | RCL | Telephone conference with trustee re: Anglin claim | 0.20 |

| 12/17/2020 | | | |
|---|---|---|---|
| | RCL | Review email from Sam Leonard re: debtor's trust account deficiencies and respond to same (0.1); Review Bar Association report (0.3); Prepare email to Hilary Mohr re: same (0.2); Telephone conference with trustee re: same (0.2) | 0.80 |

| 12/18/2020 | | | |
|---|---|---|---|
| | RCL | Telephone conference with trustee re: debtor's bar resignation (0.2); Review email from Sam Leonard re: same and respond (0.2) | 0.40 |

James/Woehler, Jason L.

12/23/2020
RCL    Review email from Sam Leonard re: possible undisclosed     0.20   *GL*
assets and respond to same

FOR CURRENT SERVICES RENDERED     33.00    12,705.00
Total Non-Billable Hours     1.20

Pacer Charges     3.20
TOTAL ADVANCES     3.20

BALANCE DUE     $38,824.85

Rory C. Livesey - $385.00/hr
Patricia K. Johnson - $155.00/hr

James, Nancy

James/Woehler, Jason L.

PREVIOUS BALANCE                                                  $38,824.85

|            |     |                                                                                                                                                          | HOURS |     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
| 01/21/2021 | RCL | Telephone conference with trustee re: unliquidated claim (0.2); Email exchange with Jim Sturdevant re: Anglins' claim and debtor's insurance (0.4)        | 0.60  | CA  |
| 01/29/2021 | RCL | Telephone conference with trustee re: objection to Anglin claim                                                                                          | 0.20  | CA  |
| 02/08/2021 | RCL | Telephone conference with trustee re: objection to unliquidated claim                                                                                    | 0.20  | CA  |
| 02/09/2021 | RCL | Telephone conference with trustee re: objections to claims (0.2); Research re: Section 502(c) (0.6); Prepare email to trustee re: unliquidated claims and Anglin claim (0.2) | 1.00  | CA  |
| 02/19/2021 | RCL | Telephone conference with trustee re: claim objections                                                                                                    | 0.20  | CA  |
| 03/24/2021 | RCL | Email traffic re: closing case                                                                                                                            | 0.20  | CA  |
| 04/10/2021 | RCL | Review files (0.4); Review, revise and finalize fee application (0.4)                                                                                     | 0.80  | CA  |
| 05/10/2021 | RCL | Telephone conference with Sam Leonard re: debtor's prior tax returns and pending discharge trial                                                         | 0.20  | CA  |

James, Nancy

James/Woehler, Jason L.

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 05/11/2021 | RCL | Telephone conference with trustee re: Brandt discharge complaint and debtor's resignation from the bar | 0.20 | 6∂ | |
| 05/18/2021 | RCL | Telephone conference with trustee re: closing case (0.2); Telephone conference with Richard Ginnis re: background on Sacor settlement (0.2) | 0.40 | 6A | |
| | RCL | Prepare email to trustee re: estate tax obligation | 0.20 | 6A | N/C |
| 05/19/2021 | RCL | Prepare notice, motion and order to pay administrative tax expense | 0.60 | 6A | |
| 07/01/2021 | RCL | Review Brandt's trial recording | 3.00 | 6A | N/C |
| 07/02/2021 | RCL | Telephone conference with trustee re: tax payment and Brandt adversary | 0.20 | 6A | |
| 07/13/2021 | RCL | Update and finalize fee application | 0.40 | 6A | |
| 07/16/2021 | RCL | Review court's ruling on Brandt's discharge trial | 0.60 | 6A | N/C |
| | | FOR CURRENT SERVICES RENDERED | 5.20 | 2,002.00 | |
| | | Total Non-Billable Hours | 3.80 | | |

| | |
|---|---|
| Pacer Charges | 0.80 |
| Costs to Mail Final Notice | 42.55 |
| TOTAL ADVANCES | 43.35 |

| | |
|---|---|
| BALANCE DUE | $40,870.20 |

Rory C. Livesey - $385.00/hr
Patricia K. Johnson - $155.00/hr